# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | No. CR-16-01012-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. |  |
| Joseph M. Arpaio, *et al.*, |  |
| Defendants. |  |

I hereby recuse myself from any further action in the above-captioned matter.

**IT IS ORDERED** this matter be reassigned, by lot, to another judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to the Honorable Susan R. Bolton. All future pleadings and papers submitted for filing shall bear the following complete case number: CR-16-01012-PHX-SRB.

Dated this 19th day of August, 2016.

Honorable John J. Tuchi
United States District Judge