JOHN S. LEONARDO
United States Attorney
District of Arizona
ELIZABETH A. STRANGE
D.C. Bar No. 419764
First Assistant United States Attorney
District of Arizona
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: elizabeth.strange@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-01012-PHX-SRB |
| Plaintiff, | NOTICE OF RECUSAL |
| vs. | |
| Joseph M. Arpaio, *et al.*, | |
| Defendants. | |

The purpose of this Notice is to inform the Court that the United States Attorney's Office for the District of Arizona is recused from handling this matter. Attached is the formal notice of recusal from the Executive Office for United States Attorneys, in which Associate Deputy Attorney General (ADAG) Andrew Goldsmith concluded that the entire United States Attorney's Office for the District of Arizona is recused from the investigation and potential prosecution of Maricopa County Sheriff Joseph M. Arpaio, Maricopa County Sheriff's Office (MCSO) Chief Deputy Gerard Sheridan, MCSO Captain Steve R. Bailey, and attorney Michele M. Iafrate for criminal contempt and perjury. ADAG Goldsmith assigned this matter to the U.S. Department of Justice, Criminal Division, Public Integrity Section.

// // //

Respectfully submitted this 26th day of August, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Elizabeth A. Strange*

ELIZABETH A. STRANGE
First Assistant U.S. Attorney

Copy of the foregoing and attachment served electronically or by other means this 26th day of August, 2016, to:

Andrew Melvin McDonald, Jr., Esq.
Email: melmcdonald2@gmail.com
Attorney for Joseph M. Arpaio

Lee Stein, Esq.
Barry Mitchell, Esq.
Email: barry@mitchellsteincarey.com
Email: lee@mitchellsteincarey.com
Attorneys for Gerard Sheridan and Steven R. Bailey

Dale Danneman, Esq.
Email: ddanneman@lrrc.com
Attorney for Michelle Iafrate

**MEMORANDUM FOR:**

    John S. Leonardo
    United States Attorney
    District of Arizona

    Elizabeth Strange
    First Assistant United States Attorney
    District of Arizona

    Leslie R. Caldwell
    Assistant Attorney General
    Criminal Division

    David Bitkower
    Principal Deputy Assistant Attorney General and Chief of Staff
    Criminal Division

    Raymond Hulser
    Chief
    Public Integrity Section

**THROUGH:**  Andrew Goldsmith
    Associate Deputy Attorney General
    Office of the Deputy Attorney General

    Jay Macklin
    General Counsel
    Executive Office for United States Attorneys

**FROM:**    Jacqueline Schesnol
    Assistant General Counsel
    General Counsel's Office
    Executive Office for United States Attorneys

**RE:**    Office-Wide Recusal of the District of Arizona from the Investigation and Potential Prosecution of Maricopa County Sheriff's Office (MCSO) Sheriff Joseph M. Arpaio, MSCO Chief Deputy Gerard Sheridan, MCSO Captain Steve R. Bailey, and Michele M. Iafrate.
    <u>(GCO File No. REC-16-3623)</u>

**THIS IS FORMAL NOTICE** that Andrew Goldsmith, Associate Deputy Attorney General (ADAG) has approved the recusal of the entire United States Attorney's Office for the District of Arizona from the investigation and potential prosecution of the MCSO Sheriff Joseph M. Arpaio, MSCO Chief Deputy Gerard Sheridan, MCSO Captain Steve R. Bailey, and attorney Michele M.

1

Iafrate, for criminal contempt and perjury. The ADAG authorized this recusal in accordance with [United States Attorneys' Manual (USAM) 3-2.170](#) and [United States Attorneys' Procedures (USAP) 3-2.170.001](#) based upon existing conflicts of interest or the appearance of conflicts of interest pertaining to the matter.

ADAG Goldsmith has assigned this matter to the Department of Justice, Criminal Division, Public Integrity Section and, pursuant to [28 U.S.C. § 515](#), has directed and authorized the Assistant Attorney General of the Criminal Division (AAG), and any successors to that position, to conduct any kind of legal proceeding, civil or criminal, including grand jury proceedings and proceedings before committing magistrate judges, which the United States Attorney for the District of Arizona is authorized by law to conduct regarding this matter. The AAG shall report to, and act under the direction of, the Deputy Attorney General with respect to this matter. In addition to indicating the title of "Assistant Attorney General of the Criminal Division," the signature block used in connection with this case should reflect that the AAG is "Attorney for the United States, Acting Under Authority Conferred by [28 U.S.C. § 515](#)." Should the need arise in this matter to certify an appeal pursuant to [18 U.S.C. § 3731](#), or should action be contemplated that is statutorily required to be accomplished by a United States Attorney, please contact the General Counsel's Office for further analysis and assistance.

In the event that the Public Integrity Section wants to use AUSAs from the District of Arizona to assist it in this matter, it must submit a request to General Counsel's Office, EOUSA, that includes (1) a detailed justification of the need for the use of an AUSA, and (2) a detailed statement of the role the AUSA would play. ADAG Goldsmith retains the authority to approve/disapprove any such request.

Each office should communicate directly with the other concerning transfer of information related to this matter in accordance with [USAP 3-2.170.001(6)(C)(2)(b)(3)](#). The point of contact for the District of Arizona is First Assistant United States Attorney Betsy Strange, who can be reached at (520) 620-7300, and the contact person in the Criminal Division is Chief Ray Hulser, Public Integrity Section who can be reached at (202) 514-1412.