RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan,<br>Defendants. | 2:16-CR-01012-SRB<br><br>**NOTICE OF APPEARANCE** |

Undersigned counsel, on behalf of the United States Department of Justice, Criminal Division, Public Integrity Section, files this notice of appearance as counsel of record for the government in this case.

Respectfully Submitted,

RAYMOND N. HULSER
Chief, Public Integrity Section

By: */s/ John D. Keller*
John D. Keller
Trial Attorney
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW

12th Floor
Washington, DC 20005
(202) 514-1412
John.Keller2@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ *John D. Keller*
John D. Keller
Trial Attorney