RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

VICTOR R. SALGADO
District of Columbia Bar No. 973015
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 353-4580
victor.salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan,<br><br>　　　　Defendants. | 2:16-CR-01012-SRB<br><br>**NOTICE OF APPEARANCE** |
|---|---|

Undersigned counsel, on behalf of the United States Department of Justice, Criminal Division, Public Integrity Section, files this notice of appearance as counsel of record for the government in this case.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　RAYMOND N. HULSER
　　　　　　　　　　　　　　　　　　Chief, Public Integrity Section

　　　　　　　　　　　　　　　　By: */s/ Victor R. Salgado*
　　　　　　　　　　　　　　　　　　Victor R. Salgado
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　Public Integrity Section
　　　　　　　　　　　　　　　　　　1400 New York Ave. NW

12th Floor
Washington, DC  20005
(202) 353-4580
victor.salgado@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ Victor R. Salgado
Victor R. Salgado
Trial Attorney