RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan,<br><br>    Defendants. | 2:16-CR-01012-SRB<br><br>**MOTION FOR STATUS CONFERENCE** |

The government, by the United States Department of Justice, Criminal Division, Public Integrity Section, files this motion for a status conference to address the criminal contempt referral issued by the Honorable G. Murray Snow on August 19, 2016.  *See* Criminal Contempt Referral, *Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz. Aug. 19, 2016), ECF No. 1792.  The Contempt Order refers Sheriff Arpaio of the Maricopa County Sheriff's Office ("MCSO"), Chief Deputy Sheridan, Captain Bailey, and Attorney Iafrate for criminal contempt proceedings on multiple grounds stemming from the *Melendres* litigation and the resulting injunctions enjoining the MCSO from stopping and detaining individuals of apparent Hispanic descent without probable cause or

reasonable suspicion. *See id.* at 1-2, 4.

The Contempt Order refers Sheriff Arpaio for his violation of the court's December 23, 2011, preliminary injunction and for his failure to disclose fifty hard drives that were obtained by the MCSO from a confidential informant. *See id.* at 2, 12. The Order refers Chief Deputy Sheridan for his failure to disclose the same hard drives and for his concealment of 1459 identification documents seized from potential members of the plaintiff class in the *Melendres* litigation and a resulting MCSO internal affairs investigation. *See id.* at 2, 14. The Order refers Captain Bailey for his concealment of the same set of IDs and for his misrepresentations regarding the resulting internal affairs investigation. *See id.* at 2, 26. And finally, the Order refers Attorney Iafrate for her concealment of the IDs and the resulting internal affairs investigation and for directing her client to lie to the court's monitor. *See id.* at 2, 31.

The government requests a status conference to address issues raised by the Contempt Order, including scheduling and the legal and procedural requirements and limitations applicable under the contempt statutes, 18 U.S.C. §§ 401 and 402, and Rule 42 of the Federal Rules of Criminal Procedure.

Respectfully Submitted,

RAYMOND N. HULSER
Chief, Public Integrity Section

By: */s/ John D. Keller*
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
(202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

                                               /s/ *John D. Keller*
                                               John D. Keller
                                               Trial Attorney