IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-16-01012-PHX-SRB |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

On September 6, 2016, Government's counsel filed a Motion for Status Conference [Doc. 6].

The certificate of service on Page 3 of the Government's motion states "....on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant."   No counsel having yet appeared in this criminal case for Defendants,

IT IS ORDERED directing Government's counsel to mail a copy of the motion to the attorney known to represent each of the Defendants and notify the Court in writing that Government's counsel has complied.

IT IS FURTHER ORDERED that the motion will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section G, specifically, subparagraph 1b.

DATED this 6th day of September, 2016.

Susan R. Bolton
United States District Judge