A. Melvin McDonald, Bar #002298
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
Melmcdonald2@gmail.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, and<br>Gerard Sheridan,<br><br>Defendants. | NO. 2:16-CR-01012-SRB<br><br>**Notice of Appearance** |

A. Melvin McDonald, Joseph J. Popolizio, Justin M. Ackerman and the law firm of Jones, Skelton & Hochuli, hereby give notice of their appearance as attorneys of record for defendant Joseph M. Arpaio. All court notices should be mailed to counsel undersigned accordingly.

RESPECTFULLY SUBMITTED this 7th day of September 2016.

　　　　　　　　　　　　　JONES, SKELTON & HOCHULI, P.L.C.

　　　　　　　　　　　　　By: /s/ A. Melvin McDonald
　　　　　　　　　　　　　　　A. Melvin McDonald
　　　　　　　　　　　　　　　Joseph J. Popolizio
　　　　　　　　　　　　　　　Justin M. Ackerman
　　　　　　　　　　　　　　　Attorneys for Defendant Joseph M. Arpaio

5245156.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2016, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

/s/ Diana Weeks