```
1   A. Melvin McDonald, Bar #002298
    Joseph J. Popolizio, Bar #017434
2   Justin M. Ackerman, Bar #030726
    JONES, SKELTON & HOCHULI, P.L.C.
3   40 North Central Avenue, Suite 2700
    Phoenix, Arizona  85004
4   Telephone:  (602) 263-1700
    Fax:  (602) 200-7847
5   Melmcdonald2@gmail.com
    jpopolizio@jshfirm.com
6   jackerman@jshfirm.com

7   Attorneys for Defendant Joseph M. Arpaio
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | **Defendant Arpaio Notice of "No Objection" to Motion for Status Conference** |
| v. | |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan, | |
| Defendants. | |

Defendant Joseph M. Arpaio, by and through counsel undersigned, in response to the Motion of the government, hereby gives notice that said defendant has no objection to the setting of a status conference.

RESPECTFULLY SUBMITTED this 7th day of September 2016.

JONES, SKELTON & HOCHULI, P.L.C.


By: /s/ A. Melvin McDonald
    A. Melvin McDonald
    Joseph J. Popolizio
    Justin M. Ackerman
    Attorneys for Defendant Joseph M. Arpaio

5245174.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of September 2016, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

/s/ Diana Weeks