Lee Stein (#012368)
Lee@mitchellsteincarey.com
Barry Mitchell (#013975)
Barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291
Attorneys for Defendants Chief Deputy Gerard
Sheridan and Captain Steven Bailey

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) |
| | ) 2:16-CR-01012-SRB |
| Plaintiffs, | ) |
| | ) |
| vs. | ) **NOTICE OF APPEARANCE** |
| | ) |
| Joseph M. Arpaio, Steven R. Bailey, | ) |
| Michelle Iafrate, and Gerard Sheridan, | ) |
| | ) |
| Defendants. | ) |
| | ) |

    The law firm of Mitchell Stein Carey, PC, enters its notice of appearance on behalf of CHIEF DEPUTY GERARD SHERIDAN and CAPTAIN STEVEN BAILEY in the above-captioned matter.

/ / /

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 7th day of September, 2016.

        MITCHELL | STEIN | CAREY, PC

        By:   */s/ Lee Stein*

           Lee Stein
           Barry Mitchell
           Attorneys for Defendants CHIEF DEPUTY GERARD SHERIDAN and CAPTAIN STEVEN BAILEY

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 7, 2016, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Julie Greenwood*