RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
victor.salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 2:16-CR-01012-SRB |
| vs. | **NOTICE OF COMPLIANCE** |
| Joseph M. Arpaio,<br>Gerald Sheridan,<br>Steven R. Bailey, &<br>Michele Iafrate,<br>　　　　　　Defendants. | |

The government, by the United States Department of Justice, Criminal Division, Public Integrity Section, files this Notice of Compliance relating to the Court's September 6, 2016 Order [Doc. 7]. Pursuant to the Court's Order, the government has sent via FedEx (overnight delivery) the following documents to counsel known to represent each defendant in the instant matter: (1) Notice of Appearance for John D. Keller [Doc. 4]; (2) Notice of Appearance for Victor R. Salgado [Doc. 5]; (3) Motion for Status Conference [Doc. 6]; (4) Proposed Order for the Government's Motion for Status Conference; and (5) the Court's Order [Doc. 7]. *See* Exhibit A.

Moreover, on September 7, 2016, the government confirmed that, in the instant matter, Andrew Melvin McDonald, Jr., Esq., represents Joseph M. Arpaio; Lee David

Stein, Esq., represents Gerard Sheridan; Barry D. Mitchell, Esq., represents Stephen R. Bailey; and Dale A. Danneman, Esq., represents Michele Iafrate. Accordingly, on September 7, 2016, the foregoing documents were sent via FedEx (overnight delivery) to the following addresses:

| | |
|---|---|
| Andrew Melvin McDonald, Jr.<br>Jones Skelton & Hochuli PLC<br>2901 N Central Ave., Ste. 800<br>Phoenix, AZ 85012<br>**Counsel for Joseph M. Arpaio** | Dale A. Danneman<br>Lewis Roca Rothgerber Christie LLP<br>201 East Washington Street, #1200<br>Phoenix, AZ 85004<br>**Counsel for Michele Iafrate** |
| Lee David Stein<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>**Counsel for Gerard Sheridan** | Barry D. Mitchell<br>Mitchell Stein & Carey PC<br>1 Renaissance Sq.<br>2 N Central Ave., Ste. 1900<br>Phoenix, AZ 85004<br>**Counsel for Stephen R. Bailey** |

In addition, counsel for the defendants have each received electronic copies of the Government's Motion for Status Conference [Doc. 6] and the related Proposed Order via electronic mail.

Lastly, the Government's Proposed Order was transmitted to the Court via e-mail by John D. Keller earlier today pursuant to the ECF Administrative Policies and Procedures Manual, Section G, subparagraph 1.b.

Respectfully Submitted,

RAYMOND HULSER
Chief
Public Integrity Section

By: *s/ Victor R. Salgado*
John D. Keller
Victor R. Salgado
Trial Attorneys
Public Integrity Section
United States Department of Justice
1400 New York Ave. NW
Washington, DC 20005
(202) 353-4580

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants. In addition, I HEREBY CERTIFY that, on this date, I sent the foregoing filing via electronic mail to:

Andrew Melvin McDonald, Jr. (melmcdonald2@gmail.com)
Jones Skelton & Hochuli PLC
2901 N Central Ave., Ste. 800
Phoenix, AZ 85012
**Counsel for Joseph M. Arpaio**

Dale A. Danneman (ddanneman@lrrc.com)
Lewis Roca Rothgerber Christie LLP
201 East Washington Street, #1200
Phoenix, AZ 85004
**Counsel for Michele Iafrate**

Lee David Stein (lee@mitchellsteincarey.com)
Mitchell Stein & Carey PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1900
Phoenix, AZ 85004
**Counsel for Gerard Sheridan**

Barry D. Mitchell (barry@mitchellsteincarey.com)
Mitchell Stein & Carey PC
1 Renaissance Sq.
2 N Central Ave., Ste. 1900
Phoenix, AZ 85004
**Counsel for Stephen R. Bailey**

                s/ *Victor R. Salgado*
                Victor R. Salgado
                Trial Attorney

# EXHIBIT A

RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>            Plaintiff,<br><br>  vs.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan,<br><br>            Defendants. | 2:16-CR-01012-SRB<br><br>**NOTICE OF APPEARANCE** |
|---|---|

Undersigned counsel, on behalf of the United States Department of Justice, Criminal Division, Public Integrity Section, files this notice of appearance as counsel of record for the government in this case.

Respectfully Submitted,

RAYMOND N. HULSER
Chief, Public Integrity Section

By: /s/ John D. Keller
       John D. Keller
       Trial Attorney
       United States Department of Justice
       Public Integrity Section
       1400 New York Ave. NW

|   |   |
|---|---|
| 1 | 12th Floor |
| 2 | Washington, DC  20005 |
|   | (202) 514-1412 |
| 3 | John.Keller2@usdoj.gov |

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ *John D. Keller*
John D. Keller
Trial Attorney

RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

VICTOR R. SALGADO
District of Columbia Bar No. 973015
Trial Attorney
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 353-4580
victor.salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | 2:16-CR-01012-SRB |
| vs. | **NOTICE OF APPEARANCE** |
| Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan, | |
| Defendants. | |

Undersigned counsel, on behalf of the United States Department of Justice, Criminal Division, Public Integrity Section, files this notice of appearance as counsel of record for the government in this case.

Respectfully Submitted,

RAYMOND N. HULSER
Chief, Public Integrity Section

By: /s/ Victor R. Salgado
   Victor R. Salgado
   Trial Attorney
   United States Department of Justice
   Public Integrity Section
   1400 New York Ave. NW

12th Floor
Washington, DC  20005
(202) 353-4580
victor.salgado@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ Victor R. Salgado
Victor R. Salgado
Trial Attorney

- 3 -

RAYMOND N. HULSER
Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR STATUS CONFERENCE |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, & Gerard Sheridan, | |
| Defendants. | |

The government, by the United States Department of Justice, Criminal Division, Public Integrity Section, files this motion for a status conference to address the criminal contempt referral issued by the Honorable G. Murray Snow on August 19, 2016. *See* Criminal Contempt Referral, *Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz. Aug. 19, 2016), ECF No. 1792. The Contempt Order refers Sheriff Arpaio of the Maricopa County Sheriff's Office ("MCSO"), Chief Deputy Sheridan, Captain Bailey, and Attorney Iafrate for criminal contempt proceedings on multiple grounds stemming from the *Melendres* litigation and the resulting injunctions enjoining the MCSO from stopping and detaining individuals of apparent Hispanic descent without probable cause or

reasonable suspicion. *See id.* at 1-2, 4.

The Contempt Order refers Sheriff Arpaio for his violation of the court's December 23, 2011, preliminary injunction and for his failure to disclose fifty hard drives that were obtained by the MCSO from a confidential informant. *See id.* at 2, 12. The Order refers Chief Deputy Sheridan for his failure to disclose the same hard drives and for his concealment of 1459 identification documents seized from potential members of the plaintiff class in the *Melendres* litigation and a resulting MCSO internal affairs investigation. *See id.* at 2, 14. The Order refers Captain Bailey for his concealment of the same set of IDs and for his misrepresentations regarding the resulting internal affairs investigation. *See id.* at 2, 26. And finally, the Order refers Attorney Iafrate for her concealment of the IDs and the resulting internal affairs investigation and for directing her client to lie to the court's monitor. *See id.* at 2, 31.

The government requests a status conference to address issues raised by the Contempt Order, including scheduling and the legal and procedural requirements and limitations applicable under the contempt statutes, 18 U.S.C. §§ 401 and 402, and Rule 42 of the Federal Rules of Criminal Procedure.

        Respectfully Submitted,

        RAYMOND N. HULSER
        Chief, Public Integrity Section

By: /s/ *John D. Keller*
    John D. Keller
    Victor R. Salgado
    Trial Attorneys
    United States Department of Justice
    Public Integrity Section
    1400 New York Ave. NW
    Washington, DC 20005
    (202) 514-1412
    John.Keller2@usdoj.gov
    Victor.Salgado@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

/s/ *John D. Keller*
John D. Keller
Trial Attorney

- 3 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, &<br>Gerard Sheridan,<br><br>　　　　　Defendants. | 2:16-CR-01012-SRB<br><br>**ORDER** |

　　　　Pending before the Court is the government's Motion for Status Conference. (Doc. 6.) The government has moved for a status conference to address the criminal contempt referral order issued by the Honorable G. Murray Snow on August 19, 2016. *See* Criminal Contempt Referral, *Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz. Aug. 19, 2016), ECF No. 1792. In order to address scheduling and procedural issues with the parties, **IT IS ORDERED** that the government's Motion for Status Conference (Doc. 6) is hereby **GRANTED**. The Court sets a status conference in this matter for _____, \_\_, 2016.

　　　　Dated this \_\_th day of September, 2016.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio, et al.,<br><br>　　　　Defendants. | CR-16-01012-PHX-SRB<br><br>**ORDER** |

　　　　On September 6, 2016, Government's counsel filed a Motion for Status Conference [Doc. 6].

　　　　The certificate of service on Page 3 of the Government's motion states "....on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant."  No counsel having yet appeared in this criminal case for Defendants,

　　　　IT IS ORDERED directing Government's counsel to mail a copy of the motion to the attorney known to represent each of the Defendants and notify the Court in writing that Government's counsel has complied.

　　　　IT IS FURTHER ORDERED that the motion will be denied within 3 days of the date of this order if counsel does not comply with the ECF Administrative Policies and Procedures Manual, Section G, specifically, subparagraph 1b.

　　　　DATED this 6th day of September, 2016.

_____
Susan R. Bolton
United States District Judge