IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Joseph M. Arpaio, et al.,<br><br>            Defendants. | CR 16-01012-PHX-SRB<br><br>**ORDER** |

Pending before the Court is the government's Motion for Status Conference. The government has moved for a status conference to address the criminal contempt referral order issued by the Honorable G. Murray Snow on August 19, 2016. *See* Criminal Contempt Referral, *Melendres v. Arpaio*, No. 2:07-cv-02513 (D. Ariz. Aug. 19, 2016), ECF No. 1792. In order to address scheduling and procedural issues with the parties,

**IT IS ORDERED** granting the government's Motion for Status Conference [Doc. 6].

**IT IS FURTHER ORDERED** setting Status Conference on **October 11, 2016, at 10:00 a.m.**

Dated this 9th day of September, 2016.

_____
Susan R. Bolton
United States District Judge