Lee Stein (#012368)
Lee@mitchellsteincarey.com
Barry Mitchell (#013975)
Barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendants Chief Deputy Gerard Sheridan and Captain Steven Bailey

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | No. 2:16-CR-01012-SRB |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | **UNOPPOSED MOTION TO APPEAR TELEPHONICALLY** |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan, | ) | |
| Defendants. | ) | |

Defendants Steven R. Bailey and Gerard Sheridan, through undersigned counsel, respectfully request the Court allow Barry Mitchell to participate telephonically at the Status Conference currently set for Tuesday, October 11, 2016 at 10:00 a.m.  Mr. Mitchell is scheduled to be out of town on this date.  Mr. Stein will personally appear at the Status Conference.

Prior to filing this motion, counsel conferred with USDOJ attorney, John D. Keller, as well as defense counsel for Defendants Arpaio and Iafrate, who do not oppose the request to appear telephonically.

For the reasons stated above, Defendants request that Mr. Mitchell be permitted to participate telephonically at the status conference. A proposed form of order is attached.

RESPECTFULLY SUBMITTED this 13th day of September, 2016.

MITCHELL | STEIN | CAREY, PC

By: */s/ Barry Mitchell*
  Attorneys for Chief Deputy Gerard Sheridan
  and Captain Steven Bailey

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of September, 2016, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to all attorneys of record.

*/s/ Julie Greenwood*