UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | No. CR 16-01012-PHX-SRB |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Gerard Sheridan (2), | ) | |
| Steven R. Bailey (3), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Having reviewed Defendants' Unopposed Motions to Appear Telephonically [Docs. 14 and 15], and good cause appearing:

IT IS HEREBY ORDERED granting the motions and allowing counsel Barry Mitchell to participate telephonically for the Status Conference set for Tuesday, October 11, 2016, at 10:00 a.m.  Counsel is directed to call the Court at 602-322-7570 at the time of the scheduled hearing.  No cell phones or speaker phones are permitted.

Dated this 16th day of September, 2016.

_____
Susan R. Bolton
United States District Judge