Lee Stein (#012368)
Lee@mitchellsteincarey.com
Barry Mitchell (#013975)
Barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendants Chief Deputy Gerard Sheridan and Captain Steven Bailey

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:16-CR-01012-SRB |
| Plaintiffs, | **NOTICE OF JOINT REPRESENTATION** |
| v. | |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan, | |
| Defendants. | |

MITCHELL | STEIN | CAREY, PC ("MSC"), pursuant to Fed. R. Crim. P. 44(c), provides this Court with notice of its joint representation of two defendants in this matter, Chief Deputy Gerard Sheridan and Captain Steven Bailey.

On December 17, 2014, MSC undertook the joint representation of Chief Deputy Sheridan and Captain Bailey. At that time, Chief Sheridan was identified by the Court in *Manuel de Jesus Ortega Melendres, et al. vs. Joseph M. Arpaio, et al.*, No. CVO7-02513-PHX-GMS as a potential criminal contempt defendant. Captain Bailey was not yet so named. Upon commencing the representation, MSC complied with the provisions of ER 1.7, Rule 42, R. Ariz. Supreme Court.

In May of 2016, the Court in *Manuel de Jesus Ortega Melendres, et al. vs. Joseph M. Arpaio, et al.*, No. CVO7-02513-PHX-GMS advised Captain Bailey that it was considering referring him for criminal contempt as well.  MSC revisited the issue of joint representation with Chief Sheridan and Captain Bailey.  MSC also sought counsel from ethics attorney, J. Scott Rhodes, to ensure it was complying with its ethical obligations.  Chief Sheridan and Captain Bailey sought independent counsel from ethics attorney Keith Swisher.  After consulting with Mr. Swisher and being fully advised of the risks and potential limitations associated with a joint representation, both Chief Sheridan and Captain Bailey confirmed in a signed writing their informed consent and their desire to proceed with joint representation by MSC in this matter.  MSC has complied with the provisions of ER 1.7.

Finally, following the Court's issuance of its Order re Criminal Contempt, referring both Captain Bailey and Chief Sheridan (as well as Sheriff Arpaio and Attorney Michele Iafrate), MSC consulted again with Mr. Rhodes, and the clients consulted again with Mr. Swisher.  After those consultations, MSC believes it can continue to represent both clients.  Both clients have once again reaffirmed their desire to proceed with the joint representation, understanding the risks of doing so.  Accordingly, both counsel and clients, after consulting with ethics counsel, wish to proceed with the joint representation.

If the Court determines that an independent inquiry is necessary to determine whether such representation is in the best interest of the clients, counsel request that the inquiry be done *ex parte*.  *See United States v. Foster,* 469 F.2d 1 (1st Cir. 1972*).*  Barry Mitchell, Lee Stein, Chief Sheridan, Captain Bailey and their respective ethics attorneys request any such hearing be held after November 4, 2016 to accommodate the schedule of all counsel.[1]

---

[1] Mr. Rhodes is out of town until October 19 and thereafter starts a trial continuing through November 4, 2016.  It is possible that Mr. Rhodes' trial schedule would allow for a hearing prior to November 4.  The participants would work to meet the scheduling requirements of the Court.

RESPECTFULLY SUBMITTED this 5th day of October, 2016.

MITCHELL | STEIN | CAREY, PC

By:   */s/ Lee Stein and Barry Mitchell*
   Attorneys for Chief Deputy Gerard Sheridan
   and Captain Steven Bailey

## CERTIFICATE OF SERVICE

I certify that on this 5th day of October, 2016, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following attorneys of record:

John Dixon Keller
Johhn.Keller2@usdoj.gov
**US Dept of Justice**-Public Integrity Section
10th & Constitution Avenue
Washington, DC 20530

Victor R. Salgado
Victor.salgado@usdoj.gov
**US Dept of Justice**-Public Integrity Section
1400 New York Avenue, NW, 12th Floor
Washington, DC 20005
*Attorneys for Plaintiff*

Andrew Melvin McDonald, Jr.
melmcdonald2@gmail.com
Joseph John Popolizio
jpopolizio@jshfirm.com
Justin Michael Ackerman
jackerman@jshfirm.com
**Jones Skelton & Hochuli PLC**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
*Attorneys for Joseph M. Arpaio*

-4-

Dale A. Danneman
ddanneman@lrrlaw.com
**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Ste. 1200
Phoenix, AZ 85004
*Attorneys for Michele M. Iafrate*

*/s/ Julie Greenwood*