**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595

**Dale A. Danneman** (State Bar No. 003776)
Direct Dial: 602.262.5371
Direct Fax: 602.734.3744
Email:  ddanneman@lrrc.com
Attorneys for Michele M. Iafrate

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. 2:16-cr-01012-SRB |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF MICHELE IAFRATE** |
| Joseph M. Arpaio, et al., | |
| Defendants. | |

The Court at today's Status Hearing at 10:00 a.m. asked if Michele Iafrate would agree to a tolling of the statute of limitations applicable to an offense under 18 U.S.C. § 402 starting today with respect to the conduct alleged in the referral in this proceeding from the Court in *Melendres v. Arpaio,* Docket No. 1.  The applicable statute of limitations is 18 U.S.C. § 3285.

Ms. Iafrate's position is that the statute of limitations applicable to a violation of 18 U.S.C. § 402 as to her alleged conduct in the referral in this proceeding in Docket No.1 has already run.

However, Ms. Iafrate agrees to the Court's requested tolling of time under the applicable statute of limitations, 18 U.S.C. § 3285, in this proceeding commencing only today, October 11, 2016, and continuing until the Court issues its determination as to whether the statute of limitations applicable to 18 U.S.C. § 402 has already run as of this date.

Ms. Iafrate does not waive any of her defenses or arguments.

2011062022_1

DATED this 11th day of October, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By:     */s/ Dale A. Danneman*
       Dale A. Danneman
      *Attorneys for Michele M. Iafrate*

CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.


*/s/ May Livingston*

1
2
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2011062022_1

3