A. Melvin McDonald, Bar #002298
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7847
Melmcdonald2@gmail.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, and<br>Gerard Sheridan,<br><br>　　　　　　　　　Defendants. | NO. 2:16-CR-01012-SRB<br><br>**DEFENDANT ARPAIO'S NOTICE RE: TOLLING OF STATUTE OF LIMITATIONS UNDER 18 U.S.C. 402** |

　　　　The Court at today's Status Hearing at 10:00 a.m. asked if Sheriff Joseph M. Arpaio would agree to a tolling of the statute of limitations applicable to an offense under 18 U.S.C. § 402 starting today with respect to the conduct alleged in the referral in this proceeding from the Court in *Melendres v. Arpaio,* Docket No. 1. The applicable statute of limitations is 18 U.S.C. § 3285.

　　　　Sheriff Arpaio's position is that the statute of limitations applicable to a violation of 18 U.S.C. § 402 as to his alleged conduct in the referral in this proceeding in Docket No.1 has already run.

　　　　However, Sheriff Arpaio agrees to the Court's requested tolling of time under the one-year statute of limitations applicable to 18 U.S.C. § 402, found at 18 U.S.C. § 3285, in this proceeding commencing only today, October 11, 2016, and shall remain

5325813.1

1  tolled until such time as the Court issues a determination as to whether the statute of
2  limitations applicable to 18 U.S.C. § 402 has already run as of this date.
3      In agreeing to the tolling of the statute of limitations, Sheriff Arpaio does
4  not waive any of his arguments.
5      RESPECTFULLY SUBMITTED this 11th day of October 2016.
6          JONES, SKELTON & HOCHULI, P.L.C.

          By: /s/A. Melvin McDonald
             A. Melvin McDonald
             Joseph J. Popolizio
             Justin M. Ackerman
             40 North Central Avenue, Suite 2700
             Phoenix, Arizona  85004
             Attorneys for Defendant Joseph M. Arpaio

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October, 2016, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

          /s/Karen Gawel

5325813.1                                    2