Lee Stein (#012368)
Lee@mitchellsteincarey.com
Barry Mitchell (#013975)
Barry@mitchellsteincarey.com
MITCHELL | STEIN | CAREY, PC
One Renaissance Square
2 North Central, Suite 1900
Phoenix, Arizona 85004
Telephone: (602) 358-0292
Facsimile: (602) 358-0291

Attorneys for Defendants Chief Deputy Gerard
Sheridan and Captain Steven Bailey

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiffs,<br><br>v.<br><br>Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan,<br><br>        Defendants. | No. 2:16-CR-01012-SRB<br><br>**NOTICE RE TOLLING OF STATUTE OF LIMITATIONS** |

In order that the Court may consider whether the one-year statute of limitations applicable to 18 U.S.C. § 402, found at 18 U.S.C. § 3285, has already run, Chief Deputy Gerard Sheridan and Captain Steven Bailey agree to the Court's suggestion that the one-year statute of limitations be tolled effective October 11, 2016, and remain tolled until such time as the Court issues a ruling on whether the one-year statute of limitations has run and has not been tolled, with respect to the criminal contempt referral of Chief Deputy Sheridan and Captain Bailey described in the Court's Order re Criminal Contempt (Doc. 1792). Chief Deputy Sheridan and Captain Bailey believe the applicable statute of limitations has already run. In agreeing to the tolling of the statute of limitations

described in 18 U.S.C. § 3285, Chief Deputy Sheridan and Captain Bailey do not waive any other defenses or arguments.

      RESPECTFULLY SUBMITTED this 11th day of October, 2016.

                                  MITCHELL | STEIN | CAREY, PC

                        By:   */s/ Lee Stein*
                              Attorneys for Chief Deputy Gerard Sheridan and Captain Steven Bailey

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October, 2016, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following attorneys of record:

John Dixon Keller
Johhn.Keller2@usdoj.gov
**US Dept of Justice**-Public Integrity Section
10th & Constitution Avenue
Washington, DC 20530

Victor R. Salgado
Victor.salgado@usdoj.gov
**US Dept of Justice**-Public Integrity Section
1400 New York Avenue, NW, 12th Floor
Washington, DC 20005
*Attorneys for Plaintiff*

Andrew Melvin McDonald, Jr.
melmcdonald2@gmail.com
Joseph John Popolizio
jpopolizio@jshfirm.com
Justin Michael Ackerman
jackerman@jshfirm.com
**Jones Skelton & Hochuli PLC**
40 N Central Ave., Ste. 2700
Phoenix, AZ 85004
*Attorneys for Joseph M. Arpaio*

Dale A. Danneman
ddanneman@lrrlaw.com
**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Ste. 1200
Phoenix, AZ 85004
*Attorneys for Michele M. Iafrate*

*/s/ Julie Greenwood*