**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

 **CR 16 /  01012   /  1 through 4  PHX SRB**       DATE: 10-11-16
Year    Case No.    Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.    Arpaio, Joseph M., et al.
          Last Name        First Name        Middle Initial
DEFENDANT: Present X   Not Present

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:    John Keller and Victor Salgado

Defense counsel:   Andrew McDonald, Jr. and Justin Ackerman
          __ AFPD  __ Appointed  _X_ Retained

Interpreter:_        Language:_
================================================================================
**Also present: Retained counsel Lee Stein and Barry Mitchell [telephonically] for Defendants Gerard Sheridan and  Steven Bailey [not present]; Retained counsel Dale Danneman for Defendant Michele Iafrate [present]**

**PROCEEDINGS**:  X Open Court  __ SEALED

This is the time set for Status Conference.  Discussion held regarding the criminal contempt referral at Doc. 1.  Speedy Trial Act applicability and the statute of limitations are discussed.  Counsel agree this matter will proceed on two separate tracks [preliminary injunction violation as to Defendant Arpaio and criminal contempt regarding the Montgomery documents and identification documents as to all four Defendants].

IT IS ORDERED directing Defense counsel to advise the Court in writing no later than **2:00 p.m., October 11, 2016,** whether their clients agree to a tolling of the statute of limitations under 18 U.S.C. §3285 effective this date.

IT IS FURTHER ORDERED directing Government's counsel to submit to the Court no later than **5:00 p.m., October 12, 2016,**  an Order to Show Cause regarding the preliminary injunction violation.  The Order shall

CR 16-01012-PHX-SRB
USA v. Arpaio, et al.
Page 2


include the essential facts constituting the charged criminal contempt and the date and time for Trial, which will be set for **December 6, 2016, at 9:00 a.m.** as to Defendant Joseph Arpaio.

IT IS FURTHER ORDERED directing Defense counsel to file their briefs no later than **October 25, 2016,** regarding the applicability of the statute of limitations and possible tolling with respect to the contempt findings related to the Montgomery documents and the identification documents.  Government's counsel shall file its response no later than **10 calendar days**; no replies.  If Defense counsel wish to file a reply, the request shall be made in writing.

Regarding Defense counsel Stein and Mitchell's Notice of Joint Representation [Docs. 17 and 18], in light of the Government's position on the statute of limitations the notice will not be addressed at this time.

**LATER:** The Court is in receipt of Defendant Iafrate's Stipulation [Doc. 20], Defendant Arpaio's Notice Re: Tolling of Statute of Limitations Under 18 U.S.C. 402 [Doc. 21] and Defendants Sheridan and Bailey's Notices Re Tolling of Statute of Limitations [Docs. 22 and 23].  The stipulation and notices all agree to tolling the statute of limitations at 18 U.S.C. §3285 effective October 11, 2016.


Hearing length:  1 hour and 3 minutes