ANNALOU TIROL
Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF LODGED DOCUMENT** |
| Joseph M. Arpaio, | |
| Defendant. | |

Undersigned counsel, on behalf of the United States Department of Justice, Criminal Division, Public Integrity Section, files this Notice of Lodged Document. On October 12, 2016, the government lodged a proposed Order to Show Cause with the Court. The proposed Order is attached to this pleading.

                                                         Respectfully Submitted,

                                                         ANNALOU TIROL
                                                         Acting Chief, Public Integrity Section

                                                 By: */s/ John D. Keller*
                                                         John D. Keller
                                                          Victor R. Salgado
                                                          Trial Attorney
                                                          United States Department of Justice

Public Integrity Section
1400 New York Ave. NW
12th Floor
Washington, DC  20005
(202) 514-1412
John.Keller2@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing filing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant.

                                        /s/ *John D. Keller*
                                        John D. Keller
                                        Trial Attorney