A. Melvin McDonald, Bar #002298
Joseph J. Popolizio, Bar #017434
Justin M. Ackerman, Bar #030726
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
Melmcdonald2@gmail.com
jpopolizio@jshfirm.com
jackerman@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, and<br>Gerard Sheridan,<br><br>Defendants. | NO. 2:16-CR-01012-SRB<br><br>**DEFENDANT ARPAIO'S OBJECTION TO THE UNITED STATE'S NOTICE OF LODGED DOCUMENT** |

Undersigned counsel, on behalf of Defendant Sheriff Joseph M. Arpaio, files this objection to the United States' Notice of Lodged Document. On October 12, 2016, the United States lodged a proposed Order to Show Cause with the Court. That same day, Sheriff Arpaio objected to the lodged proposed Order to Show Cause on the basis that it contained improper evidentiary conclusions and did not comport with Rule 42, Fed. R. Crim. P. Defendant Arpaio's October 12, 2016, objection is attached as Exhibit A to this pleading.

5340866.1

1  RESPECTFULLY SUBMITTED this 17th day of October 2016.

JONES, SKELTON & HOCHULI, P.L.C.


By:  /s/A. Melvin McDonald
     A. Melvin McDonald
     Joseph J. Popolizio
     Justin M. Ackerman
     40 North Central Avenue, Suite 2700
     Phoenix, Arizona  85004
     Attorneys for Defendant Joseph M. Arpaio

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of October 2016, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

/s/Karen Gawel

5340866.1

2