IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                                                    )<br>            Plaintiff,                    )<br>                                                    )<br>     v.                                         )<br>                                                    )<br> Joseph M. Arpaio,                      )<br>                                                    )<br>            Defendant.                )<br>_____) | CR 16-01012-1-PHX-SRB<br><br>ORDER |

    Pursuant to LRCiv 7.3(a), "A party moving for an extension of time, whether by Motion or Stipulation, must disclose the existence of all previous extensions which have been granted concerning the matter for which an extension is sought" and pursuant to LRCiv 7.3(b), "A party moving for extension of time, whether by motion or stipulation, must state the position of each other party,"

    IT IS ORDERED denying Defendant's Request/Motion to Continue Trial [Doc. 40] with leave to re-file said Motion in compliance with LRCiv 7.3(a) and (b).

    DATED this 2nd day of November, 2016.

_____
Susan R. Bolton
United States District Judge