ANNALOU TIROL
Acting Chief
Public Integrity Section, Criminal Division
U.S. Department of Justice

JOHN D. KELLER
Illinois State Bar No. 6293104
VICTOR R. SALGADO
DC Bar No. 975013
Trial Attorneys
Public Integrity Section, Criminal Division
U.S. Department of Justice
1400 New York Ave, NW, 12th floor
Washington, D.C. 20005
Tel: (202) 514-1412
John.Keller2@usdoj.gov
Victor.Salgado@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 2:16-CR-01012-SRB |
| Plaintiff, | |
| vs. | **RESPONSE TO DEFENDANTS' MEMORANDA ON STATUTE OF LIMITATIONS UNDER 18 U.S.C. § 3285** |
| Joseph M. Arpaio, Steven R. Bailey, Michele Iafrate, & Gerard Sheridan, | |
| Defendants. | |

The government, by the United States Department of Justice, Criminal Division, Public Integrity Section, files this response to the defendants' memoranda regarding the expiration of the statute of limitations under 18 U.S.C. § 3285 for the concealment of the 1459 IDs and the fifty Montgomery hard drives addressed in Judge Snow's Order re Criminal Contempt. *See* Order re Criminal Contempt, ECF No. 1. The government agrees with the defendants' ultimate conclusion and maintains its original position: 18 U.S.C. § 402 and the corresponding one-year statute of limitations provided in 18 U.S.C. § 3285 apply to the conduct at issue; that alleged offense conduct ended on July 24, 2015; the one-year statute of limitations was not tolled; and therefore, the statute

of limitations for a violation of 18 U.S.C. § 402 expired prior to Judge Snow's August 19, 2016, Order re Criminal Contempt.

                                                Respectfully Submitted,

                                                ANNALOU TIROL
                                                Acting Chief, Public Integrity Section

By: */s/ John D. Keller*
    John D. Keller
    Victor R. Salgado
    Trial Attorneys
    United States Department of Justice
    Public Integrity Section
    1400 New York Ave. NW
    Washington, DC  20005
    (202) 514-1412
    John.Keller2@usdoj.gov
    Victor.Salgado@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date, I electronically filed the foregoing via the CM/ECF system which will provide notice to counsel of record for the defendant.

/s/ *John D. Keller*
John D. Keller
Trial Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on today's date, I electronically filed the foregoing via the CM/ECF system which will provide notice to counsel of record for the defendant.

/s/ *John D. Keller*
John D. Keller
Trial Attorney