IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| Joseph M. Arpaio, | |
| Defendant. | |

The defendant has filed a Waiver of Speedy Trial Rights and Request for Continuance, seeking a 120 day continuance of the presently scheduled trial date of December 6, 2016, to begin running at the completion of the government's investigation into "<u>all</u> findings made by Judge Snow." (Doc. 40.) The defendant's motion for an indefinite continuance is **DENIED**, but a reasonable continuance will be granted.

**IT IS ORDERED** that the December 6, 2016, trial date is vacated. Trial is set for _____, \_\_, 2017. The Court finds that the ends of justice are served by such a continuance to afford counsel for the defendant reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A).

Dated this \_\_th day of November, 2016.