# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

The Court has reviewed Government's Motion to Continue Trial (Second Request) [Doc. 57].

IT IS ORDERED denying Government's motion as premature. The Court intends to schedule a Pretrial Conference in early 2017 to discuss the parties' readiness for trial and if an adjustment of the trial date is required a motion can be filed at that time.

Dated this 6th day of December, 2016.

Susan R. Bolton
United States District Judge