A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. 2:16-CR-01012-SRB |
| Plaintiff, | **MOTION TO SEAL** |
| v. | |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan, | |
| Defendants. | |

Undersigned counsel hereby moves to seal a Supplemental Response in support of Defendant Arpaio's Motion to Continue (Doc. 86), filed by recently appearing counsel Mark Goldman.  This Court ordered defense counsel to file a reply to the Government's response to this motion on March 20, 2017.  (Doc. 88).  Undersigned counsel has additional reasons, unique to his representation of Defendant Arpaio, that merit a 60 day continuance requested by Mr. Goldman on behalf of Defendant Arpaio.  These reasons are also responsive to some of the arguments asserted by the Government in their Response to the Motion to Continue.  (Doc. 87).  However, out of an abundance of caution, undersigned counsel requests that his Supplement to the Motion to Continue be filed under seal in order to avoid any potential disclosure of privileged or sensitive information to the public regarding undersigned counsel's firm's representation of Defendant Arpaio.

5716700.1

RESPECTFULLY SUBMITTED this 21st day of March, 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Joseph M. Arpaio

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of March 2017, I electronically filed the foregoing filing with the Clerk of Court through the CM/ECF System which will send notification of such filing to the attorneys of record for the defendants.

/s/Karen Gawel

5716700.1

2