A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br>Steven R. Bailey,<br>Michelle Iafrate, and<br>Gerard Sheridan,<br><br>Defendants. | NO. 2:16-CR-01012-SRB<br><br>**DEFENDANT JOSEPH M. ARPAIO'S WITNESS LIST** |

Defendant Arpaio, by the undersigned attorneys, provides this witness list in anticipation of the trial presently scheduled for April 25, 2017.[1]

1. Russ Skinner
2. Gerard "Jerry" Sheridan
3. Former Chief Brian Sands
4. Lt. Joseph Sousa
5. Chief John "Jack" MacIntyre
6. Lisa Allen

---

[1] In light of Jones, Skelton & Hochuli's pending Application to Withdraw as counsel, undersigned counsel is informed and believes that co-counsel Mark Goldman and Jeff Surdakowski may request an opportunity to and reserve their right to supplement this List of Witnesses on behalf of Defendant Joseph Arpaio.

5748637.1

7. Lt. Brian Jakowinicz

8. Brett Palmer

RESPECTFULLY SUBMITTED this 3rd day of April 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Raymond N. Hulser
Chief, Public Integrity Section
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
John.Keller@usdoj.gov
Victor.Salgado@usdoj.gov

/s/ Diana Weeks

5748637.1                                             2