A. Melvin McDonald, Bar #002298
Linda K. Tivorsak, Bar #024789
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-1700
Fax:  (602) 200-7847
mmcdonald@jshfirm.com
ltivorsak@jshfirm.com

Attorneys for Defendant Joseph M. Arpaio

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | NO. 2:16-CR-01012-SRB |
| Plaintiff, | **DEFENDANT JOSEPH M. ARPAIO'S EXHIBIT LIST** |
| v. | |
| Joseph M. Arpaio, Steven R. Bailey, Michelle Iafrate, and Gerard Sheridan, | |
| Defendants. | |

Defendant Arpaio, by the undersigned attorneys, provides this exhibit list in anticipation of the trial presently scheduled for April 25, 2017.[1]

1.  January 24, 2012, email string from Sousa to Casey, Sands, et al., forwarding January 19, 2012 email from Palmer with draft scenarios [DOJ-009846 – DOJ-008949] (GOVT EX 8)

2.  January 13, 2015, email string from Sousa to Armer and Skinner forwarding email string dated March 27, 2012 from Sousa to Palmer, Jakowinicz, et al., regarding draft scenarios [DOJ-012200 – DOJ-012204] (GOVT EX 9)

---

[1] In light of Jones, Skelton & Hochuli's pending Application to Withdraw as counsel, undersigned counsel is informed and believes that co-counsel Mark Goldman and Jeff Surdakowski may request an opportunity to and reserve their right to supplement this List of Exhibits on behalf of Defendant Joseph Arpaio.

5748650.1

3. June 7, 2012, email from Sousa to Allen, Sands, et al., regarding media questions [DOJ-012213 – DOJ-012214] (GOVT EX 12)

4. October 19, 2012, email from Sousa to Jakowinicz, Casey, et al. regarding putting out a Readers Digest version of the Judge's Order [DOJ-009921 – DOJ-009923] (GOVT EX 14)

5. October 12, 2012, email string with attachments from Casey to Allen, et al., forwarding correspondence from Andre Segura [DOJ-011832 – DOJ-011842] (GOVT EX 25)

6. October 18, 2012, email string with attachments from Casey to Sands, MacIntyre, et al., forwarding correspondence to Andre Segura [DOJ-011844 – DOJ-011849] (GOVT EX 26)

7. January 11, 2012, email string from Casey to Liddy forwarding Sousa's email to Palmer regarding drafting training scenarios [DOJ-012191 – DOJ-012192] (GOVT EX 29)

8. The Briefing Board No. 13-40 dated May 28, 2013 [DOJ-009712 – DOJ-009713]

9. Curriculum Vitae of Joseph M. Arpaio

10. Personnel file of Sergeant Brett Palmer[2]

Defendant Arpaio reserves the right to use any document produced by the Government during the course of this criminal litigation as an exhibit at trial.

---

[2] MCSO's response to the subpoena issued for Brett Palmer's file is due Wednesday, April 5, 2017. If Defendant Arpaio identifies any documents within the file as trial exhibits, he will supplement this exhibit list.

RESPECTFULLY SUBMITTED this 3rd day of April 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By /s/ A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users.  I have mailed the foregoing document to the following non-CM/ECF participants:

Raymond N. Hulser
Chief, Public Integrity Section
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
John.Keller@usdoj.gov
Victor.Salgado@usdoj.gov

/s/ Diana Weeks

5748650.1

3