# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CR-16-01012-001-PHX-SRB<br><br>**ORDER** |

　　　　IT IS ORDERED granting Defense counsel McDonald's Motion for Accelerated Consideration of Jones, Skelton & Hochuli's Application to Withdraw as Counsel for Defendant Joseph M. Arpaio [Doc. 116].

　　　　IT IS FURTHER ORDERED setting Hearing re: Jones, Skelton & Hochuli's Application to Withdraw as Counsel for Defendant Joseph M. Arpaio [Doc. 115] on **April 6, 2017, at 2:00 p.m. (Arizona time).**  Government's counsel may appear telephonically for said hearing by contacting the Court (counsel are to be conferenced on one line prior to contacting the Court) at 602-322-7570.  No cell phones or speaker phones are permitted.

　　　　IT IS FURTHER ORDERED that Defense counsel McDonald and Goldman and Defendant Arpaio are to be personally present in the courtroom for said hearing.

　　　　　　　　　　Dated this 4th day of April, 2017.

　　　　　　　　　　_____
　　　　　　　　　　Susan R. Bolton
　　　　　　　　　　United States District Judge