1  A. Melvin McDonald, Bar #002298
   Linda K. Tivorsak, Bar #024789
2  JONES, SKELTON & HOCHULI, P.L.C.
   40 North Central Avenue, Suite 2700
3  Phoenix, Arizona 85004
   Telephone: (602) 263-1700
4  Fax: (602) 200-7847
   mmcdonald@jshfirm.com
5  ltivorsak@jshfirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | NO. 2:16-CR-01012-SRB |
|---|---|
| Plaintiff, | **EMERGENCY MOTION TO CONTINUE REPLY DEADLINES FOR CERTAIN PRETRIAL MOTIONS** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | (Expedited Ruling Requested by Close of Business Today) |

Undersigned counsel respectfully requests that the Court grant him an extension of time to file Replies in support the following motions, which he had previously filed on behalf of Defendant Arpaio:

(1) Reply to Government's Response to Motion to Preclude Victim Testimony (Currently Due April 5, 2017).

(2) Reply to Government's Response to Motion to Clarify Background and History of Civil Contempt Admission (Currently Due April 7, 2017).

(3) Reply to Government's Response to Motion to Preclude Casey Testimony (Currently Due April 7, 2017).

As this Court is aware, an Application to Withdraw was filed by the law firm of Jones, Skelton & Hochuli on April 3, 2017. [Doc. 115]. This Court has set an emergency hearing to address this application on April 6, 2017 at 2:00 p.m. [Doc. 120]. Given the nature of the Application to Withdraw, undersigned counsel and his law firm are in the difficult position of having to address the Government's responses to his pretrial motions while an Application to Withdraw is pending before this Court.

5754697.1

Accordingly, undersigned counsel and his law firm respectfully requests that the Court extend the deadlines to respond to all three of the aforementioned motions to **Monday, April 10, 2017**. By this time, it is anticipated the Court will have ruled on the pending Application to Withdraw.

Pursuant to LRCiv 7.3(a), Defendant Arpaio is not aware of any previous extensions of time which have been granted concerning the deadlines to file his Replies in Support of his Pretrial Motions. Moreover, pursuant to LRCiv 7.3(b), Defendant Arpaio reached out to the Government to determine if it would agree the proposed extension of time stated above, which it has denied.

Finally, in light of the deadline to file a Reply to the Government's Response to Motion to Preclude Victim Testimony [Doc. 109], which is due *today*, undersigned counsel respectfully requests an expedited ruling on this Motion by close of business today.

RESPECTFULLY SUBMITTED this 5th day of April 2017.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ A. Melvin McDonald
A. Melvin McDonald
Linda K. Tivorsak
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Attorneys for Defendant Joseph M. Arpaio

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document to the following non-CM/ECF participants:

Raymond N. Hulser
Chief, Public Integrity Section
John D. Keller
Victor R. Salgado
Trial Attorneys
United States Department of Justice
Public Integrity Section
1400 New York Ave. NW
Washington, DC  20005
John.Keller@usdoj.gov
Victor.Salgado@usdoj.gov

Mark D. Goldman
Jeff S. Surdakowski
Goldman & Zwillinger PLLC
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
docket@gzlawoffice.com


/s/Karen Gawel