**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810    Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
admin@wb-law.com



**GOLDMAN & ZWILLINGER PLLC**
ATTORNEYS AT LAW

Mark Goldman, #012156
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, Arizona  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>                    Defendant. | Case No.: 2:16-cr-01012-SRB-1<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT ARPAIO'S MOTION TO PRECLUDE TESTIMONY OF TIMOTHY CASEY**<br><br>(Expedited Oral Argument Requested) |

Defendant Joseph M. Arpaio ("Mr. Arpaio" and/or "Defendant"), hereby gives notice to the Court of his withdrawal of *Defendant Arpaio's Motion to Preclude Testimony of Timothy Casey* (the "Motion"). Mr. Arpaio reserves his right to call Timothy Casey ("Mr. Casey"). The

filing of this notice is not a waiver of Mr. Arpaio's right to object to the use of attorney client privileged information. Mr. Arpaio therefore reserves his right to object the use of protected attorney client privileged information at trial.

**RESPECTFULLY SUBMITTED** April 10, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| /s/ Dennis and Jack Wilenchik, Esq. | /s/ Mark Goldman |
| Dennis I. Wilenchik, Esq. | Mark Goldman, Esq. |
| John "Jack" D. Wilenchik, Esq. | Jeff S. Surdakowski, Esq. |
| The Wilenchik & Bartness Building | 17851 North 85th Street, Suite 175 |
| 2810 North Third Street | Scottsdale, Arizona 85255 |
| Phoenix, Arizona 85004 | E-mail: docket@gzlawoffice.com |
| admin@wb-law.com | *Attorneys for Joseph M. Arpaio* |

### CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/ Dina D. Horsman