# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01012-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Joseph M. Arpaio, | |
| Defendant. | |

The Court has reviewed Defendant's Motion to Dismiss, or in the Alternative, Motion for Trial by Jury (Doc. 130). The motion will be denied for two reasons. First, the motion was filed after the deadline set by the Court for pre-trial motions. Second, the Court has already considered and ruled on the issues raised in Defendant's motion. *See,* Docs. 60 and 83.

IT IS ORDERED denying Defendant's Motion to Dismiss or in the Alternative Motion for Trial by Jury (Doc. 130).

Dated this 11th day of April, 2017.

_____
Susan R. Bolton
United States District Judge