**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
admin@wb-law.com



**GOLDMAN & ZWILLINGER PLLC**
ATTORNEYS AT LAW

Mark Goldman, #012156
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, Arizona  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com

*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>                Defendant. | Case No.: 2:16-cr-01012-SRB-1<br><br>**DEFENDANT ARPAIO'S MOTION TO STAY PROCEEDINGS TO ALLOW FOR THE FILING OF A WRIT OF MANDAMUS REGARDING DEFENDANT'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR TRIAL BY JURY**<br><br>(Expedited Ruling Requested)<br><br>(Expedited Oral Argument Requested) |

Defendant Joseph M. Arpaio ("Defendant") moves for a stay of these proceedings pursuant to the Federal Rules of Appellate Procedure Rule 8(a)(1). Defendant requires this stay to file a writ of mandamus regarding the Order denying *Defendant's Motion to Dismiss, or in the Alternative, Motion for Trial by Jury* [Doc. 132 the "Order" and Doc. 130 the "Motion"]. In his Motion, Defendant requested a dismissal of this proceeding in its entirety on the grounds that it is barred by the one-year statute of limitations, or, and in the alternative, to grant Defendant his right to a jury trial. On April 11, 2017, the Court denied the Motion stating it was filed after the deadline set by the Court for pre-trial motions, and because the Court has already considered and ruled on the issues raised in Defendant's Motion.

In his Motion, Defendant presented points and authorities showing that these proceedings are barred by the one-year statute of limitations contained in 18 U.S.C.A. § 3285. As was stated, the Government brought this criminal contempt prosecution under 18 U.S.C. § 401 and the Court issued its Order to Show Cause without the application or consideration of 18 U.S.C. § 402. Further, Defendant presented points and authorities supporting his right to a trial by jury under 18 U.S.C.A. § 3691, as a matter of federal statutory law. In its Order, the Court immediately denied all relief requested without any analysis whatsoever of the applicable facts and law. Instead, the Court merely stated that the Motion was barred because of an arbitrary motion cut-off date, and that the court had already ruled on these matters raised in the Motion. However, the court never ruled upon the legal arguments set forth in the Motion because they were never raised by prior counsel for the Defendant.

There exists no prejudice to anyone by staying these proceedings. The Court's denial of a ruling on the Motion based upon the merits of the Motion is a fundamental denial of the due process rights of the Defendant. There exists reversible error and irreparable harm to the Defendant by denying the stay. There exists a strong likelihood of the Court of Appeals reversing the Court's ruling on the Motion. Based upon the foregoing, the Defendant is entitled to a stay so that he may file for relief from and a ruling by the Court of Appeals.

**RESPECTFULLY SUBMITTED** April 11, 2017.

| | |
|---|---|
| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
| */s/ Dennis Wilenchik* | */s/ Mark Goldman* |
| Dennis I. Wilenchik, Esq. | Mark Goldman, Esq. |
| John "Jack" D. Wilenchik, Esq. | Jeff S. Surdakowski, Esq. |
| The Wilenchik & Bartness Building | 17851 North 85th Street, Suite 175 |
| 2810 North Third Street | Scottsdale, Arizona 85255 |
| Phoenix, Arizona 85004 | E-mail: docket@gzlawoffice.com |
| admin@wb-law.com | |

*Attorneys for Defendant Joseph M. Arpaio*

### CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2017, I electronically transmitted the foregoing Motion to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*

3