**WILENCHIK & BARTNESS**
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810    Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John "Jack" D. Wilenchik, #029353
admin@wb-law.com



GOLDMAN & ZWILLINGER PLLC
ATTORNEYS AT LAW

Mark Goldman, #012156
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, Arizona  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>　　　　　Defendant. | Case No.: 2:16-cr-01012-SRB-1<br><br>**DEFENDANT ARPAIO'S AMENDED WITNESS LIST** |

　　　Defendant Joseph M. Arpaio hereby provides this amended witness list. The original witness list, submitted on April 3, 2017, has been amended to include the names

Attorney General Jeff Sessions, and Agent Carey Crocker. As amended, the witness list is as follows:

1. Russ Skinner
2. Gerard "Jerry" Sheridan
3. Former Chief Brian Sands
4. Lt. Joseph Sousa
5. Chief John "Jack" MacIntyre
6. Lisa Allen
7. Lt. Brian Jakowinicz
8. Brett Palmer
9. **Attorney General Jeff Sessions**
10. **Agent Carey Crocker**

**RESPECTFULLY SUBMITTED** April 12, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| */s/ Dennis Wilenchik* | */s/ Mark Goldman* |
| Dennis I. Wilenchik, Esq. | Mark Goldman, Esq. |
| John "Jack" D. Wilenchik, Esq. | Jeff S. Surdakowski, Esq. |
| The Wilenchik & Bartness Building | 17851 North 85th Street, Suite 175 |
| 2810 North Third Street | Scottsdale, Arizona  85255 |
| Phoenix, Arizona  85004 | E-mail: docket@gzlawoffice.com |
| admin@wb-law.com | |

*Attorneys for Defendant Joseph M. Arpaio*

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*