**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES**

Phoenix Division

**CR 16 /  01012  /  1  PHX SRB**       DATE: 4-12-17
Year    Case No.    Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.   Arpaio, Joseph M.
         Last Name      First Name     Middle Initial
DEFENDANT: X Not Present

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:   John Keller [telephonically], Victor Salgado [telephonically] and Simon Caltaldo

Defense counsel: Mark Goldman, Jeffrey Surdakowski, Dennis Wilenchik and John Wilenchik
        __ AFPD   __ Appointed  X  Retained

Interpreter: __    Language: __
============================================================================
**PROCEEDINGS**:   X  Open Court    __ SEALED

This is the time set for Hearing re: Defendant's Motion to Stay Proceedings [Doc. 106]. Defense counsel waive Defendant's presence at today's proceedings.

Defendant's Motion to Stay Proceedings [Doc. 106] is argued to the Court. For reasons as stated on the record, IT IS ORDERED denying Defendant's Motion.

Defendant's Fourth Motion to Continue Trial [Doc. 129] is discussed. IT IS ORDERED granting Defendant's Motion to Continue. The Court advises counsel that the Bench Trial can either be set on June 9, 2017 or June 26, 2017. Discussion held. Counsel request additional time to consult their calendars regarding the proposed trial dates. The Court directs counsel to confer and advise the Court no later than 5:00 p.m., April 12, 2017, the trial date that is agreeable to both parties.

Government's counsel advises the Court that the Government's opening statements will be approximately 15 minutes and closing arguments will be approximately 30 minutes.

CR 16-01012-1-PHX-SRB
USA v. Arpaio
Page 2

The possibility of Defendant's Motion to Stay Proceedings to Allow For the Filing of a Writ of Mandamus Regarding Defendant's Motion to Dismiss, or in the Alternative, Motion for Trial by Jury [Doc. 134] being moot is discussed.  Defense counsel agrees that in light of the grant of the trial continuance the motion is moot.

Defendant's Notice of Withdrawal of Defendant Arpaio's Motion to Preclude Testimony of Timothy Case [Doc. 131] is discussed.

Regarding pending motions, if the Court believes an evidentiary hearing or oral argument is needed prior to the trial, the motion(s) will be set for hearing.

Defense counsel Wilenchik addresses the Court regarding the expired motions deadline.  The Court advises Defense counsel that before any motion filed after March 24 would be allowed a motion must be filed with the Court justifying why the motion(s) could not be filed prior to the March 24, 2017 motions deadline.

**LATER:** Counsel having consulted their calendars and advised the Court of the same, IT IS ORDERED continuing Bench Trial from April 25, 2017, to **June 26, 2017, at 9:00 a.m.**   Trial will be held on June 26 through June 30, 2017, and July 5 through July 7, 2017.


Hearing held 10:36 a.m. to 11:32 a.m.