**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810    Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | Case No.: 2:16-cr-01012-SRB-1 |
| **Plaintiff,** | NOTICE OF SERVICE |
| v. | |
| **Joseph M. Arpaio,** | |
| **Defendant.** | |

Defendant gives notice that, on April 14, 2017, he caused to be served on the CMF/ECF registrants for this matter, and the Honorable Judge R. Susan Bolton, via this Notice of Service

and by utilizing the Notice of Electronic Filing for parties, judge and counsel registered with the ECF program, the following document that was filed with the United States Court of Appeals for the Ninth Circuit on the same date: "PETITION FOR WRIT OF MANDAMUS TO THE ARIZONA DISTRICT COURT CASE NO. 2:16-cr-01012-SRB-1, HONORABLE JUDGE SUSAN R. BOLTON, PRESIDING" (Exhibit "A" hereto).

**RESPECTFULLY SUBMITTED** April 14, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| /s/ Dennis and Jack Wilenchik | /s/ Mark D. Goldman |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Jeff S. Surdakowski, Esq. |
| The Wilenchik & Bartness Building | 17851 North 85th Street, Suite 175 |
| 2810 North Third Street | Scottsdale, AZ 85255 |
| Phoenix, Arizona 85004 | E-mail: docket@gzlawoffice.com |
| admin@wb-law.com | |

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

/s/ Christine M. Ferreira