**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| **United States of America,**<br><br>              **Plaintiff,**<br><br>v.<br><br>**Joseph M. Arpaio,**<br><br>              **Defendant.** | Case No.: 2:16-cr-01012-SRB-1<br><br>**RULE 12.3 NOTICE<br>OF PUBLIC-AUTHORITY DEFENSE** |

Defendant hereby files this Notice in a good-faith effort to comply with Rule 12.3, Federal Rules of Criminal Procedure. By filing this Notice, Defendant does not waive, and he

expressly reserves, the right to contend that Rule 12.3 does not apply to his particular defenses in this case.

Rule 12.3(a)(1) provides:

> If a defendant intends to assert a defense of actual or believed exercise of public authority on behalf of a law enforcement agency or federal intelligence agency at the time of the alleged offense, the defendant must so notify an attorney for the government in writing and must file a copy of the notice with the clerk within the time provided for filing a pretrial motion, or at any later time the court sets.

A Rule 12.3(a) Notice must also contain the following information: "(A) the law enforcement agency or federal intelligence agency involved; (B) the agency member on whose behalf the defendant claims to have acted; and (C) the time during which the defendant claims to have acted with public authority."

Defendant hereby gives notice of his defenses that there was no "[d]isobedience or resistance to [a] lawful…order," because 1) the December 23, 2011 Preliminary Injunction at issue[1] did not, in a clear and definite manner, enjoin Defendant from "direct[ing] deputies to arrest and deliver unauthorized persons to ICE or the Border Patrol" following a request, approval, or other instruction from the Federal Government.[2] 2) Even if Defendant committed such acts in willful disobedience of a clear and definite order, and even if such acts were illegal, Defendant and/or the MCSO would have committed such acts at the request of a government agent, or because of a reasonable belief that they were acting as an authorized agent to assist in law enforcement activity at the time, which legally excuses the crime charged. The government agent(s) are those agents of ICE and Border Patrol who requested, approved, and/or gave other

---

[1] Entered in *Melendres, et al. v. Arpaio, et al*, Case No. CV-07-2513, United States District Court, District of Arizona.

[2] Nor would it have been legal for the Court to so enjoin Defendant.

instructions regarding the transportation of unauthorized persons by the MCSO to ICE or Border Patrol in between December 23, 2011 and May 2013.

By giving this Notice, Defendant does not waive, and he specifically reserves, the right to contend that his particular defenses, especially the first of the two defenses described above, do not fall within the ambit of a public-authority defense.

**RESPECTFULLY SUBMITTED** May 18, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| /s/ Dennis and Jack Wilenchik | /s/ Mark D. Goldman |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Jeff S. Surdakowski, Esq. |
| The Wilenchik & Bartness Building | 17851 North 85th Street, Suite 175 |
| 2810 North Third Street | Scottsdale, AZ 85255 |
| Phoenix, Arizona 85004 | docket@gzlawoffice.com |
| admin@wb-law.com | |

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*