

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAY 18 2017<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: JOSEPH M. ARPAIO, Sheriff.
_____

JOSEPH M. ARPAIO, Sheriff,

           Petitioner,

 v.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, PHOENIX,

           Respondent,

UNITED STATES OF AMERICA,

           Real Party in Interest.

No. 17-71094

D.C. No.
2:16-cr-01012-SRB-1
District of Arizona,
Phoenix

ORDER

Before: REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

    To the extent that petitioner's motion to file an oversized reply in support of this petition for a writ of mandamus (Docket Entry No. 7) is necessary, it is granted. The reply has been filed.

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. Accordingly, the petition is denied.

AC/MOATT

All other pending requests are denied.

**DENIED.**