# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CR-16-01012-001-PHX-SRB<br><br>**ORDER** |

The Court has reviewed Defendant's Motion to Preclude Alleged "Victim" Testimony [Doc. 98], Government's response [Doc. 109] and Defendant's reply [Doc. 123].

IT IS ORDERED denying Defendant's Motion to Preclude Alleged "Victim" Testimony [Doc. 98]. The Court will not preclude the Government from calling these witnesses. In allowing the witnesses to be called the Court is not deciding the permissible scope of their testimony. Defendant will make his objections as the witnesses are questioned at trial.

Dated this 31st day of May, 2017.

_____
Susan R. Bolton
United States District Judge