IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　　Defendant. | CR 16-01012-1-PHX-SRB<br><br>**ORDER** |

The Court has considered the Government's Motion for Leave to Supplement Exhibit List. Because the two additions to the government's exhibit list will not impose an undue burden upon the defendant and because the defendant does not object, the Motion is **GRANTED** [Doc. 154].

Dated this 16th day of June, 2017.

_____
Susan R. Bolton
United States District Judge