Mark D. Goldman (012156)
Vincent R. Mayr (013954)
Jeff S. Surdakowski (030988)
**GOLDMAN & ZWILLINGER PLLC**
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main:  (480) 626-8483
Facsimile:  (480) 502-7500
E-mail:  docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>            Defendant. | Case No.:  2:16-cr-01012-SRB-1<br><br>**NOTICE OF ASSOCIATION OF COUNSEL WITHIN FIRM** |

    PLEASE TAKE NOTICE that attorney Vincent R. Mayr of the law firm Goldman & Zwillinger PLLC, is now associated with the above-referenced case and does hereby appear in the above-entitled action on behalf of Defendant Joseph M. Arpaio.  Please ensure that copies of all discovery, pleadings, notices and other documents are sent as follows:

Mark D. Goldman
Vincent R. Mayr
Jeff S. Surdakowski
GOLDMAN & ZWILLINGER PLLC
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Telephone: (480) 626-8483
Facsimile: (480) 502-7500
Email: docket@gzlawoffice.com.

**DATED** this 20th day of June, 2017.

**GOLDMAN & ZWILLINGER PLLC**

*/s/ Vincent R. Mayr*
Mark D. Goldman
Vincent R. Mayr
Jeff S. Surdakowski
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of June 2017, I electronically transmitted the foregoing Notice to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*