**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810        Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com

**GOLDMAN & ZWILLINGER PLLC**
ATTORNEYS AT LAW

Mark Goldman, #012156
Vincent R. Mayr, #013954
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>v.<br><br>Joseph M. Arpaio,<br><br>            Defendant. | Case No.: 2:16-cr-01012-SRB-1<br><br>**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE "UNITED STATES' TRIAL MEMORANDUM"** |

In accordance with this Court's orders,[1] Defendant Joseph M. Arpaio ("Defendant") hereby moves for leave to file a Motion to Strike the United States "Trial Memorandum" (Dkt. # 162) filed on June 19, 2017. Defendant's Motion to Strike could not be filed before the pretrial motion deadline on March 24, because the United States just filed its Trial Memorandum on Monday, June 19th. The Motion to Strike is attached hereto and submitted herewith.[2]

**RESPECTFULLY SUBMITTED** June 20, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| /s/ Dennis I. Wilenchik | /s/ Mark D. Goldman |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent R. Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

---

[1] The Court's April 12, 2017 Minute Entry stated: "The Court advises Defense counsel that before any motion filed after March 24 would be allowed a motion must be filed with the Court justifying why the motion(s) could not be filed prior to the March 24, 2017 motions deadline."

[2] Excludable delay under 18 U.S.C. § 3161(h)(1)(d) will occur as a result of this motion or of an order based thereon.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Christine M. Ferreira*