

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street  Phoenix, Arizona  85004

Telephone:  602-606-2810      Facsimile:  602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Vincent Rene Mayr (013954)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**Joseph M. Arpaio,**<br><br>　　　　　　**Defendant.** | **Case No.: 2:16-cr-01012-SRB-1**<br><br>**DEFENDANT'S<br>MOTION FOR LEAVE TO FILE<br>MOTION FOR CHANGE OF VENUE** |

In accordance with this Court's orders,[1] Defendant Joseph M. Arpaio ("Defendant") hereby moves for leave to file a Motion for Change of Venue. Defendant's Motion for Change of Venue could not be filed before the pretrial motion deadline. The Motion for Change of Venue is attached hereto and submitted herewith.[2]

**RESPECTFULLY SUBMITTED** June 22, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| */s/ Dennis I. Wilenchik* | */s/ Vincent Rene Mayr* |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent Rene Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | E-mail: docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June 2017, I electronically transmitted the foregoing Notice to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*

---

[1] The Court's April 12, 2017 Minute Entry stated: "The Court advises Defense counsel that before any motion filed after March 24 would be allowed a motion must be filed with the Court justifying why the motion(s) could not be filed prior to the March 24, 2017 motions deadline."

[2] Excludable delay under 18 U.S.C. § 3161(h)(1)(d) will occur as a result of this motion or of an order based thereon.

2



**WILENCHIK & BARTNESS**
— A PROFESSIONAL CORPORATION —

ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street   Phoenix, Arizona   85004

Telephone: 602-606-2810     Facsimile: 602-606-2811

Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com



Mark Goldman (012156)
Vincent Rene Mayr (013954)
Jeff S. Surdakowski (030988)
17851 North 85th Street, Suite 175
Scottsdale, AZ  85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
E-mail: docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America,** | Case No.: 2:16-cr-01012-SRB-1 |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR CHANGE OF VENUE** |
| **Joseph M. Arpaio,** | |
| Defendant. | |

Comes now, Defendant Joseph M. Arpaio ("Defendant") who hereby motions this Honorable Court for a Change of Venue. Defendant supports this motion with the arguments set forth below.

## BACKGROUND

The matter before this Court is a criminal contempt matter that arises from alleged actions, or inactions, of Sheriff Joseph M. Arpaio while he was the duly elected Sheriff of Maricopa County. Those actions, or inactions, are alleged to constitute the crime of criminal contempt, inasmuch as they are alleged to violate Judge Snow's December, 2011 injunction in a civil case in this same federal district court, the United States District Court in the District of Arizona (the "District Court of Arizona"). There was, has been, and continues to be constant media coverage and attention of the forthcoming trial and the actions of Sheriff Joe Arpaio. In fact, undersigned counsel observed television media coverage, concerning the upcoming trial, while preparing for work this morning. Although the criminal matter was transferred to a judge other than the Honorable Judge G. Murray Snow, i.e. the Honorable Judge Susan R. Bolton, the case remained within the District of Arizona where intensive media coverage continues.

## ARGUMENT

The massive media coverage of Sheriff Joseph Arpaio over the years will culminate in the coverage of his trial. The constant barrage of media coverage would likely impact any person who hears the case in Arizona. In this case, the person is a judge, the Honorable Judge Susan R. Bolton. Counsel does not suggest, nor mean to suggest that Judge Bolton would be consciously influenced in regards to the pending bench trial, but asserts that the influence may be there nevertheless because of the inescapable media coverage that this case has and will continue to have in Arizona. Further, given the past media coverage, and the anticipated media coverage at the trial, Defendant respectfully submits that, in the interest of justice and fairness to the defendant, it would be prudent to avoid even the appearance of any undue influence upon the

court.

The Defendant is entitled to a fair and unbiased trial. Given the massive media coverage over the years, and now, it may be impossible for him to obtain a fair and unbiased trial in the District of Arizona. Assignment of this case to another venue, where the former Sheriff is less well known and did not have continuing contacts as a party on many occasions with the federal district court over the years (as the Sheriff has had with the Arizona District Court), would be appropriate to insure his constitution rights.

Additionally, venue should be changed due to the risk of the appearance of bias. This applies because the case is being tried by a judge for contempt of another judge of the same court. Judge Bolton made some comments in the initial status hearing indicating that she is trying to "effectuate" Judge Snow's intent, or words to that effect, which would indicate to a reasonable third person that Judge Bolton is biased in favor of deferring to Judge Snow's determinations that formed the basis for the Order to Show Cause.

## CONCLUSION

Wherefore, given the arguments set forth above, Defendant respectfully requests that this Honorable Court transfer this case to any other District that it feels is appropriate under these circumstances.

**RESPECTFULLY SUBMITTED** June 22, 2017.

| **WILENCHIK & BARTNESS, P.C.** | **GOLDMAN & ZWILLINGER PLLC** |
|---|---|
| */s/ Dennis I. Wilenchik* | */s/ Vincent Rene Mayr* |
| Dennis I. Wilenchik, Esq. | Mark D. Goldman, Esq. |
| John D. Wilenchik, Esq. | Vincent Rene Mayr, Esq. |
| The Wilenchik & Bartness Building | Jeff S. Surdakowski, Esq. |
| 2810 North Third Street | 17851 North 85th Street, Suite 175 |
| Phoenix, Arizona 85004 | Scottsdale, AZ 85255 |
| admin@wb-law.com | E-mail: docket@gzlawoffice.com |

*Attorneys for Defendant Joseph M. Arpaio*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June 2017, I electronically transmitted the foregoing Motion to the Clerk of Court through the CM/ECF System which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Dina D. Horsman*