No. 17-

IN THE
# Supreme Court of the United States

———

IN RE: JOSEPH M. ARPAIO,
*Petitioner.*

———

**On Petition for a Writ of Mandamus
to the Arizona District Court**

———

**MOTION FOR EXPEDITED CONSIDERATION
OF PETITION FOR WRIT OF MANDAMUS, OR
IN THE ALTERNATIVE, MOTION FOR STAY
OF PROCEEDINGS**

———

| | |
|---|---|
| MARK GOLDMAN[1] <br> GOLDMAN & ZWILLINGER, PLLC <br> 17851 North 85th St., <br> Suite. 175 <br> Scottsdale, AZ 85255 <br><br> docket@gzlawoffice.com <br><br> [1]**Admission Pending** | DENNIS I. WILENCHIK <br> JOHN D. WILENCHIK <br> WILENCHIK & BARTNESS, P.C. <br> 2810 N. Third St. <br> Phoenix, AZ 85004 <br> (602) 606-2810 <br> diw@wb-law.com <br> jackw@wb-law.com <br> admin@wb-law.com <br> *Counsel for Petitioner* |

May 24, 2017

Petitioner hereby moves, pursuant to Supreme Court Rule 21, for expedited consideration of the Petition for Mandamus, filed today, requesting a trial by jury at his upcoming trial for criminal contempt beginning on June 26th, 2017. Petitioner respectfully requests that the Respondent United States be directed to file a response to the Petition on or before June 7th, with Petitioner's Reply due by June 12th; and that the Petition be considered at the Court's June 15th conference. Otherwise, the occurrence of trial will render his Petition moot.

If the Court is unable, for any reason, to effect a disposition of this matter before Petitioner's trial on June 26th, then Petitioner respectfully requests that the Court grant a stay of trial pending a disposition on the Petition. The district court has previously denied a stay of trial, and there is no other reasonable avenue for the Petitioner to seek this relief before trial. The Court has broad discretion to grant a stay. *Clinton v. Jones*, 520 U.S. 681, 707 (1997). Petitioner's right to a trial by jury is clear, and the question presented by the Petition can be summarily resolved by this Court before trial; but if for some reason the Court is unable to do so, then Petitioner requests this stay. A stay of trial will not harm the public's interest in justice, because the Petitioner/Defendant is eighty-four years old and is no longer in public office. The extraordinary public interest in this case, as well as its relatively unique character (being a prosecution initiated by the district court for criminal contempt against an elected member of the

executive branch), also counsel strongly in favor of the district court "getting it right" the first time, as argued in the Petition. "Especially in cases of extraordinary public moment, [a plaintiff] may be required to submit to delay not immoderate in extent and not oppressive in its consequences if the public welfare or convenience will thereby be promoted." *Id.* If Defendant is tried and convicted by the district court, then the harm of its wrongful verdict and sentence can never be undone. And if that conviction is then overturned for failure to grant a trial by jury, the damage to the public's view of the integrity and independence of the district court will also be irreparable. Finally, given the relative simplicity[1] of the issue on appeal, a stay (even if required) does not have to be for long.

For the foregoing reasons, Petitioner requests an expedited briefing schedule, or in the alternative, a stay of trial.

---

[1] Defendant's request for a jury trial can be summed up in three sentences: Defendant is charged with contempt for arresting people without cause, or on the basis of race. 18 U.S.C.A. § 3691 provides that a defendant is entitled to a jury trial if his contempt constitutes a separate crime. Arresting people without charges, or on the basis of race, is a crime under 18 U.S.C.A. § 242.

                                        Respectfully submitted,

                                        /s/ [signature]

| | |
|---|---|
| MARK GOLDMAN[1] | DENNIS I. WILENCHIK |
| Goldman & Zwillinger, PLLC | JOHN D. WILENCHIK |
| 17851 North 85th St., Suite. 175 | WILENCHIK & BARTNESS |
| Scottsdale, AZ 85255 | 2810 N. Third St. |
| docket@gzlawoffice.com | Phoenix, AZ 85004 |
| [1]**Admission Pending** | (602) 606-2810 |
| | diw@wb-law.com |
| | jackw@wb-law.com |
| | admin@wb-law.com |
| | *Counsel for Petitioner* |