**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 16 / 01012/ 1 PHX SRB __     DATE: 6-26-17 ____
 Year    Case No.  Dft #

HON: SUSAN R. BOLTON ____

USA  v.  __Arpaio, Joseph M._____
            Last Name        First Name        Middle Initial

DEFENDANT: X  Present

Deputy Clerk: Maureen Williams __ Court Reporter: __Liz Lemke (a.m.) / Linda Schroeder (p.m.) ____

U.S. Attorney: John Keller, Victor Salgado, Simon Cataldo and paralegal Lauren Miller with FBI agent Carey Crocker

Defense Attorney: Dennis Wilenchik, John Wilenchik, Mark Goldman, Jeffrey Surdakowski, Vincent Mayr and paralegals Ann Meyers, Aileen De Los Angeles and Victoria Stevens with Defendant Joseph M. Arpaio __
 __ AFPD _ Appointed  _X_  Retained

Interpreter:_  Language: _

**PROCEEDINGS:/_/JURY TRIAL  / X /COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN**

Trial Day #__1__ Waiver of Jury trial filed  __n/a__

9:02 a.m.  This is the time set for Bench Trial. The Court advises counsel and the spectators the rules of the courtroom.  The Court announced the availability of closed circuit television in the Special Proceedings courtroom for additional seating.  Pending motions are discussed.  The Court notes that Government's Motion to Quash Defendant's Trial Subpoena to U.S. Attorney General Jefferson Beauregard Sessions [Doc. 161] is fully briefed.  Defendant's Motion for Leave to File Motion to Stay District Court Proceedings Pending Resolution of the Petition for Writ of Mandamus of Joseph M. Arpaio in the Supreme Court of the United States of America [Doc. 166] is discussed.  Defense counsel advises a decision by the Supreme Court may issue this date. Defense counsel will advise the Court if the Motion is mooted by a Supreme Court decision.  Otherwise, Defendant will file a reply.  Defendant's Motion for Leave to File  Motion for Change of Venue [Doc. 171] is discussed. Defense counsel advises he will be filing a reply.  Defendant's Motion for Leave to File Motion to Strike "United States' Trial Memorandum" [Doc. 165] is discussed.  Defense counsel advises he will be filing a reply. Opening statements. Defense counsel invokes the Rule of Exclusion of Witnesses and the following witnesses are sworn: Timothy Casey and Carey Crocker.  Also present is ethics counsel Karen Clark for Timothy Casey. Government's request to admit Exhibits 1, 2 and 5 are discussed.  Exhibit 1 is admitted.  The Court will review Exhibit 5. Exhibit 2 will be addressed when offered during testimony.  10:15 a.m.  Recess.

CR 16-1012-1-PHX-SRB
USA v. Arpaio
Page 2

10:30 a.m.  Reconvene.  Attorney Karen Clark advises the Court that Maricopa County has not waived the privilege regarding Timothy Casey's testimony.  Discussion held.  **<u>Government's case:</u>** Timothy Casey, having been sworn, is examined.  Exhibits 2, 34 and 8 are admitted.  12:00 p.m.  Recess.

1:18 p.m.  Reconvene.  Timothy Casey is examined further.  Exhibits 24, 25, 36J, 36K, 36L and 46 are admitted.  Counsel are to confer on the break regarding Exhibit 46.  2:20 p.m.  Recess.

2:36 p.m.  Reconvene.  Defense counsel advises the Court there is no objection to Exhibit 46.  Timothy Casey is examined further.  Exhibits 26 and 6 are admitted.  Timothy Casey steps down from the witness stand.  Government's pending Motion to Quash [Doc. 161] is discussed further.  Defense counsel advises the Court the subpoena for Jefferson Sessions has been issued and has been served.  Government's counsel advises the Court that the subpoena has been properly served.  The Court directs Defense counsel to file a proof of service.

4:26 p.m.  Court stands at recess until 9:00 a.m., June 27, 2017.