**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

<u>CR 16 / 01012/ 1 PHX SRB</u>     DATE:<u> 6-28-17   </u>
 Year    Case No.   Dft #

HON:<u> SUSAN R. BOLTON        </u>

USA  v.  <u>  Arpaio, Joseph M.                                            </u>
            Last Name        First Name       Middle Initial

DEFENDANT:<u> X</u>  Present

Deputy Clerk:<u> Maureen Williams  </u> Court Reporter:<u>   Liz Lemke (a.m.) / Linda Schroeder (p.m.)      </u>

U.S. Attorney: <u>John Keller, Victor Salgado, Simon Cataldo and paralegal Lauren Miller with FBI agent Carey Crocker </u>

Defense Attorney:<u> Dennis Wilenchik, John Wilenchik, Mark Goldman, Jeffrey Surdakowski and paralegals Ann Meyers, Aileen De Los Angeles and Victoria Stevens with Defendant Joseph M. Arpaio   </u>
  <u> </u> AFPD  <u> </u> Appointed  <u> X </u> Retained

Interpreter:<u> </u>  Language:<u> </u>

**PROCEEDINGS:**/<u> </u>/JURY TRIAL  /<u> X </u>/COURT TRIAL  /<u> </u>/VOIR DIRE  /<u> </u>/JURY SWORN

Trial Day # <u>  3  </u> Waiver of Jury trial filed   <u> n/a </u>

9:01 a.m. Reconvene. Government's counsel having provided Defense counsel with a list of exhibits of the three categories of exhibits the Government wishes to offer as previously discussed in open court on June 27, 2017, Government's request to admit exhibits in Category 1 (Defendant's prior testimony) is argued to the Court.  IT IS ORDERED taking under advisement Defendant's objections to the admission of Exhibits 3, 3A, 3B, 3D, 3F, 3G, 3I, 3K, 3N, 3P and 3R.  To the extent the Court admits any of Defendant's prior testimony in the civil proceeding or in his interviews with the Department of Justice, Defense counsel will be permitted to supplement those excerpts with additional statements, subject to objection by Government's counsel.  Government's offer of exhibits in Category 2 (news interviews) is argued to the Court.  IT IS ORDERED taking under advisement Defendant's objections to the admission of 37A through 37I.1 and 37 K through 37T.1. Defense counsel requests to admit Exhibit 183. Government's offer of exhibits in Category 3 (news releases) is argued to the Court. Defendant's objections are overruled and Exhibits 36A through 36G, 36 I and 36 N and 36M are admitted.  At the request of the Government,  Government's counsel will be permitted to supplement the testimony of Mr. MacIntyre which reflects the participation/presence of prior Defense counsel A. Melvin McDonald. Government's counsel withdraws admission to Exhibit 36N subject to further review of the marked exhibits. **Government's case (continued):** Randy Murray is sworn and examined.  The Court sustains Defendant's objection to the admission of Exhibit 38.1 and 38.2. IT IS ORDERED taking under advisement Government's offer of Exhibit 38.6 and 38.9. Witness is excused. Brian Jakowinicz is sworn and examined. 10:09 a.m. Recess.

CR 16-01012-1-PHX-SRB
USA v. Arpaio
Page 2


10:26 a.m.  Reconvene.  Brian Jakowinicz is examined further.  Exhibits 100 and 14 are admitted.  11:54 a.m.  Recess.

1:16 p.m.  Reconvene.  Brian Jakowinicz is examined further.  Witness is excused, subject to recall.  Michael Trowbridge is sworn and examined.  2:46 p.m.  Recess.

3:06 p.m.  Reconvene. Michael Trowbridge is examined further.  Witness is excused. Government rests, subject to the Court ruling on the Government's offer of exhibits as stated in open court this date.  IT IS ORDERED taking under advisement Defendant's oral Motion for Directed Verdict pending argument at a later time. **Defendant's case:** Chris Clem is sworn and examined.  Witness is excused.

4:15 p.m.  Court stands at recess until 9:00 a.m., June 29, 2017.