**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL TRIAL MINUTES**

Phoenix Division

CR 16 / 01012/ 1 PHX SRB DATE: 6-29-17
Year Case No. Dft #

HON: SUSAN R. BOLTON

USA v. Arpaio, Joseph M.
Last Name First Name Middle Initial

DEFENDANT: X Present

Deputy Clerk: Maureen Williams Court Reporter: Liz Lemke (a.m.) / Linda Schroeder (p.m.)

U.S. Attorney: John Keller, Victor Salgado, Simon Cataldo and paralegal Lauren Miller with FBI agent Carey Crocker

Defense Attorney: Dennis Wilenchik, John Wilenchik, Mark Goldman, Jeffrey Surdakowski and paralegals Ann Meyers, Aileen De Los Angeles and Victoria Stevens with Defendant Joseph M. Arpaio
__ AFPD _ Appointed X Retained

Interpreter:_ Language:_

**PROCEEDINGS:/_/JURY TRIAL / X /COURT TRIAL /_/VOIR DIRE /_/JURY SWORN**

Trial Day # 4 Waiver of Jury trial filed n/a

9:01 a.m. Reconvene. Defendant's offer of Exhibit 183 is taken under advisement. Exhibit 45 is admitted. Regarding Exhibit 3, Defendant may provide additional pages [501-505] to be marked as an exhibit and the exhibit will be admitted. Discussion held re: Government's offer of exhibits in Category 2 (news interviews) and Exhibit 38.6 and 38.9, which were taken under advisement on June 28, 2017. The Court grants Defense counsel's request to argue the objections at a later time regarding Category 2 exhibits. Regarding Exhibit 38.9, the Court directs Government's counsel to provide the Court a transcript of that video clip since the clip is inaudible. **Defendant's case (continued):** Brian Jakowinicz, previously sworn and examined, is examined further. Exhibit 44 is admitted. Witness is excused. 10:17 a.m. Recess.

10:40 a.m. Reconvene. Salvador Hernandez is sworn and examined. Witness is excused. Joseph Sousa is sworn and examined. 11:57 a.m. Recess.

1:19 p.m. Reconvene. Trial schedule is discussed. Joseph Sousa is examined further. Witness is excused. Defense rests. Government's counsel advises the Court the Government does not have any rebuttal evidence. Defendant's Motion for Leave to File Motion to Stay District Court Proceedings Pending Resolution of the Petition for Writ of Mandamus of Joseph M. Arpaio in the Supreme Court of the United States of America [Doc. 166] is discussed. Defense counsel withdraws his request to file a reply. Defense counsel also agrees that the motion to stay is probably moot. Therefore, IT IS ORDERED granting Defendant's Motion for Leave to file

Motion to Stay. IT IS FURTHER ORDERED denying Defendant's Motion to Stay District Court Proceedings Pending Resolution of the Petition for Writ of Mandamus of Joseph M. Arpaio in the Supreme Court of the United States of America. The Court notes that Government's counsel has provided the Court with a transcript of Exhibit 38.9. The Government has also submitted a new CD containing only Exhibit 38.6 and 38.9. If Defense counsel believes that there are errors in the transcript Defense counsel is to advise the Court in writing. The Court grants Defense counsel's request to file written objections to the offer of Exhibits 37A through 37T.1 in lieu of oral argument. The written objections shall be filed prior to July 5, 2017. The Court grants the parties' request to have closing arguments on July 6, 2017. Without objection, Exhibits 3, 3A, 3B, 3D, 3F, 3G, 3I, 3K, 3N, 3P, 3R and 36N are admitted. At the request of Defense counsel, argument on Defendant's oral Motion for Directed Verdict [Doc. 186] will be made with Defendant's closing argument. Defendant's Notice of Submission of Specific Objections and Counter-Designations re: MacIntyre [Doc. 183] is discussed. The Court takes under advisement the counter designations regarding the monitor's interview. The balance of the counter designations are admitted. Defense counsel advises the Court a written Motion for Judgment of Acquittal re: Statute of Limitations, Section 402 will be filed.

2:44 p.m. Court stands at recess until 9:00 a.m., July 6, 2017.