# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CRIMINAL TRIAL MINUTES

Phoenix Division

CR 16 / 01012/ 1 PHX SRB     DATE: 7-6-17
 Year   Case No.  Dft #

HON: SUSAN R. BOLTON

USA  v.   Arpaio, Joseph M.
         Last Name      First Name     Middle Initial

DEFENDANT: X  Present

Deputy Clerk: Maureen Williams    Court Reporter:  Liz Lemke

U.S. Attorney: John Keller, Victor Salgado, Simon Cataldo and paralegal Lauren Miller with FBI agent Carey Crocker

Defense Attorney: Dennis Wilenchik, John Wilenchik, Mark Goldman, Jeffrey Surdakowski. Vincent Mayr and paralegals Ann Meyers, Aileen De Los Angeles and Victoria Stevens with Defendant Joseph M. Arpaio
 _ AFPD  _ Appointed  X  Retained

Interpreter:  Language:

**PROCEEDINGS:**/_/JURY TRIAL  / X /COURT TRIAL  /_/VOIR DIRE  /_/JURY SWORN

Trial Day #  5  Waiver of Jury trial filed   n/a

9:01 a.m.  Reconvene.  Closing arguments.  10:29 a.m.  Recess.

10:46 a.m.  Reconvene.  Closing arguments continue.  12:00 p.m.  Recess.

1:18 p.m.  Reconvene.  Closing arguments continue.  IT IS ORDERED taking this matter under advisement.  At the request of counsel for the Government, counsel may file simultaneous briefs regarding legal authorities (not to exceed 7 pages) no later than **5:00 p.m., (Mountain Standard Time) on July 21, 2017.**  No responses or replies may be filed.  For reasons as stated on the record, IT IS ORDERED denying Defendant's Motion for a Judgment of Acquittal re: Statute of Limitations, Section 402 [Doc. 188].

2:09 p.m.  Court is adjourned.