UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST – CRIMINAL

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUL - 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ MWC _____ DEPUTY

/__/Motion to Suppress  /X/Non-Jury Trial  /__/ Jury Trial  Judge Code: 7026

USA vs.  ARPAIO,    JOSEPH    M.              - CR-16-01012-PHX-SRB
         Last Name  First Name  Middle Initial     Year  Case Nr  Deft Nr

/X/ Government      /__/ Defendant

| NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|
| FBI Special Agent Carey Crocker | G | 6-26-17 | 6-27-17 |
| Chief Brian Sands | | | |
| Timothy Casey | G | 6-26-17 | 6-26-17; 6-27-17 |
| David Soto Gonzalez | | | |
| Randy Murray | G | 6-28-17 | 6-28-17 |
| Lisa Allen | G | 6-27-17 | 6-27-17 |
| Ret. Captain Randy Brice | | | |
| Sgt. Brett Palmer | | | |
| Sgt. Michael Trowbridge | G | 6-28-17 | 6-28-17 |
| Lt. Brian Jakowinicz | G | 6-28-17 | 6-28-17 |
| Ret. Lt. Joseph Sousa | | | |
| Sgt. Dmitrius Whelan-Gonzales | G | 6-27-17 | 6-27-17 |
| Christina Clem | | | |
| Katrina Kane | | | |
| Gerard Sheridan | | | |