UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL WITNESS LIST

☐ Motion to Suppress  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CR 2:16-01012-SRB-1     Judge Code 7026     Date 06-26-2017
vs. _____

☐ Plaintiff/Petitioner  ☑ Defendant/Respondent

| NAME | SWORN | APPEARED |
|---|---|---|
| Russell Skinner | | |
| Gerard Sheridan | | |
| Brian Sands | | |
| Joseph Sousa | 6-29-17 | 6-29-17 |
| John MacIntyre | | |
| Lisa Allen | | |
| Brian Jakowinicz | 6-28-17 | 6-29-17 |
| Brett Palmer | | |
| Attorney General Jeffrey Beauregard Sessions | | |
| Cary Crocker | | |
| Chris Olem | 6-28-17 | 6-28-17 |
| Salvador Hernandez | 6-29-17 | 6-29-17 |

X FILED  ___ LODGED
___ RECEIVED  ___ COPY
JUL - 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY