UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST – CRIMINAL

```
FILED ___ LODGED
___ RECEIVED ___ COPY
JUL - 6 2017
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____MW_____ DEPUTY
```

/__/Motion to Suppress  /X/Non-Jury Trial  /__/ Jury Trial  Judge Code: 7026

USA vs. ARPAIO,  JOSEPH  M.          CR-16-01012-PHX-SRB
       Last Name  First Name  Middle Initial      Year  Case Nr  Deft Nr

/X/ Government          /__/ Defendant

| Exhibit Number | Date Marked for Identification | Date Admitted in Evidence | Description |
|---|---|---|---|
| 01 | | 6-26-17 | December 23, 2011, Preliminary Injunction, ECF No. 494 |
| 02 | | 6-26-17 | Expedited Motion to Vacate Hearing, ECF No. 948 |
| 03 | | 6-29-17 | Transcript of Arpaio's July 24, 2012, testimony, ECF No. 572 |
| 03A | | 6-29-17 | Transcript of Arpaio's April 22, 2015, testimony, ECF No. 1021 |
| 03B | | 6-29-17 | Transcript of Arpaio's April 23, 2015, testimony, ECF No. 1027 |
| 03C | | | Transcript of Arpaio's September 30, 2015, testimony, ECF No. 1422 |
| 03D | | 6-29-17 | Transcript of Arpaio's October 1, 2015, testimony, ECF No. 1455 |
| 03E | | | Transcript of Arpaio's October 2, 2015, testimony, ECF No. 1457 |
| 03F | | 6-29-17 | Transcript of Arpaio's October 8, 2015, testimony, ECF No. 1458 |
| 03G | | 6-29-17 | Transcript of Arpaio's March 25, 2015, deposition, DOJ-001019-DOJ-001327 |
| 03G.1 | | | Certificate of Authenticity for Arpaio's March 25, 2015, deposition, DOJ-122672 |
| 03G.2 | | | Video, part 1, of Arpaio's March 25, 2015, deposition, DOJ-122505 |
| 03G.3 | | | Video, part 2, of Arpaio's March 25, 2015, deposition, DOJ-122506 |
| 03G.4 | | | Video, part 3, of Arpaio's March 25, 2015, deposition, DOJ-122507 |
| 03G.5 | | | Video, part 4, of Arpaio's March 25, 2015, deposition, DOJ-122508 |
| 03G.6 | | | Video, part 5, of Arpaio's March 25, 2015, deposition, DOJ-122509 |
| 03G.7 | | | Video, part 6, of Arpaio's March 25, 2015, deposition, DOJ-122510 |

| | | | |
|---|---|---|---|
| 03G.8 | | | Video, part 7, of Arpaio's March 25, 2015, deposition, DOJ-122511 |
| 03H | | 6-27-17 | Transcript of Arpaio's April 14, 2015, deposition, DOJ-001328-DOJ-001408 |
| 03H.1 | | | Certificate of Authenticity for Arpaio's April 14, 2015, deposition, DOJ-122672 |
| 03H.2 | | 6-27-17 | Video, part 1, of Arpaio's April 14, 2015, deposition, DOJ-122559 |
| 03H.3 | | | Video, part 2, of Arpaio's April 14, 2015, deposition, DOJ-122560 |
| 03I | | 6-29-17 | Transcript of Arpaio's September 17, 2015, deposition, DOJ-001409-DOJ-001558 |
| 03I.1 | | | Certificate of Authenticity for Arpaio's September 17, 2015, deposition, DOJ-122672 |
| 03I.2 | | | Video, part 1, of Arpaio's September 17, 2015, deposition, DOJ-122547 |
| 03I.3 | | | Video, part 2, of Arpaio's September 17, 2015, deposition, DOJ-122548 |
| 03I.4 | | | Video, part 3, of Arpaio's September 17, 2015, deposition, DOJ-122549 |
| 03J | | | Transcript of Arpaio's September 18, 2015, deposition, DOJ-001559-DOJ-001724 |
| 03J.1 | | | Certificate of Authenticity for Arpaio's September 18, 2015, deposition, DOJ-122672 |
| 03J.2 | | | Video, part 1, of Arpaio's September 18, 2015, deposition, DOJ-122654 |
| 03J.3 | | | Video, part 2, of Arpaio's September 18, 2015, deposition, DOJ-122655 |
| 03J.4 | | | Video, part 3, of Arpaio's September 18, 2015, deposition, DOJ-122656 |
| 03J.5 | | | Video, part 4, of Arpaio's September 18, 2015, deposition, DOJ-122657 |
| 03K | | 6-29-17 | Transcript of Arpaio's December 16, 2009, deposition, DOJ-113969-DOJ-114092 |
| 03K.1 | | | Video, part 1, of Arpaio's December 16, 2009, deposition, DOJ-122485 |
| 03K.2 | | | Video, part 2, of Arpaio's December 16, 2009, deposition, DOJ-122486 |
| 03K.3 | | | Video, part 3, of Arpaio's December 16, 2009, deposition, DOJ-122487 |
| 03K.4 | | | Video, part 4, of Arpaio's December 16, 2009, deposition, DOJ-122488 |
| 03K.5 | | | Video, part 5, of Arpaio's December 16, 2009, deposition, DOJ-122489 |
| 03L | | | Transcript of Arpaio's September 7, 2010, deposition, DOJ-114093-DOJ-114405 |
| 03L.1 | | | Certificate of Authenticity for Arpaio's September 7, 2010, deposition, DOJ-122671 |
| 03M | | | Transcript of Arpaio's November 16, 2010, deposition, DOJ-114406-DOJ-114699 |
| 03M.1 | | | Certificate of Authenticity for Arpaio's November 16, 2010, deposition, DOJ-122678 |
| 03M.2 | | | Video, part 1, of Arpaio's November 16, 2010, deposition, DOJ-122490 |

| | | | |
|---|---|---|---|
| 03M.3 | | | Video, part 2, of Arpaio's November 16, 2010, deposition, DOJ-122491 |
| 03M.4 | | | Video, part 3, of Arpaio's November 16, 2010, deposition, DOJ-122492 |
| 03M.5 | | | Video, part 4, of Arpaio's November 16, 2010, deposition, DOJ-122493 |
| 03M.6 | | | Video, part 5, of Arpaio's November 16, 2010, deposition, DOJ-122494 |
| 03M.7 | | | Video, part 6, of Arpaio's November 16, 2010, deposition, DOJ-122495 |
| 03N | | 6-29-17 | Transcript of Arpaio's April 29, 2014, deposition, DOJ-114700-DOJ-114913 |
| 03N.1 | | | Certificate of Authenticity for Arpaio's April 29, 2014, deposition, DOJ-122672 |
| 03O | | | Audio recording of Arpaio's February 11, 2011, DOJ interview, DOJ-117311 |
| 03P | | 6-29-17 | Transcript of Arpaio's February 11, 2011, DOJ interview, DOJ-117312-DOJ-117478 |
| 03Q | | | Audio recording of Arpaio's February 17, 2011, DOJ interview, DOJ-117479 |
| 03R | | 6-29-17 | Transcript of Arpaio's February 17, 2011, DOJ interview, DOJ-117480-DOJ-117620 |
| 04 | | | Declaration of John MacIntyre, ECF No. 838-1 |
| 05 | | 6-27-17 | Transcript of MacIntyre's testimony, ECF No. 1422 |
| 05A | | | Transcript of MacIntyre's March 16, 2015, deposition, DOJ-003996-DOJ-004236 |
| 05B | | | Transcript of MacIntyre's September 21, 2015, deposition, DOJ-004237-DOJ-004330 |
| 05C | | | Audio recording of MacIntyre's December 18, 2014, Monitor interview, DOJ-013801 |
| 05D | | | Transcript of MacIntyre's December 18, 2014, Monitor interview, DOJ-016710-DOJ-016830 |
| 06 | | 6-26-17 | December 23, 2011, email from Casey to Sands et al., DOJ-009854-DOJ-009855 |
| 07 | | | Transcript of Sands's testimony, ECF No. 1017 |
| 07A | | | Transcript of Sands's testimony, ECF No. 1021 |
| 07B | | | Transcript of Sands's testimony, ECF No. 1422 |
| 07C | | | Transcript of Sands's April 1, 2015, deposition, DOJ-005403-DOJ-005560 |
| 07D | | | Transcript of Sands's April 15, 2015, deposition, DOJ-005561-DOJ-005607 |
| 07E | | | Transcript of Sands's September 17, 2015, deposition, DOJ-005608-DOJ-005681 |
| 07F | | | Audio recording of Sands's December 29, 2014, Monitor interview, DOJ-DOJ-013802 |
| 07G | | | Transcript of Sands's December 29, 2014, Monitor interview, DOJ-016831-DOJ-016978 |
| 07H | | | Transcript of Sands's February 11, 2011, DOJ interview, DOJ-118477-DOJ-118854 |
| 07I | | | Transcript of Sands's March 25, 2014, deposition, DOJ-118855-DOJ-119113 |
| 08 | | 6-26-17 | January 24, 2012, email chain from Sousa to Casey, Sands et al., DOJ-009846-DOJ-009849 |
| 09 | | 6-27-17 | January 13, 2015, email chain from Sousa to Palmer, Jakowinicz et al., DOJ-012200-DOJ-012204 |

| | | | |
|---|---|---|---|
| 10 | | | March 28, 2012, email from Sousa to Jakowinicz, et al., DOJ-009715-DOJ-009718 |
| 11 | | | March 7, 2012, email from Sousa to HSU, DOJ-009951-DOJ-009952 |
| 12 | | | June 7, 2012, email from Sousa to Allen, Sands et al., DOJ-012213-DOJ-012214 |
| 13 | | | January 30, 2012, email from Casey to MacIntyre, Sands et al., DOJ-012207-DOJ-012208 |
| 14 | | 6-28-17 | October 19, 2012, email chain from Sousa to Jakowinicz, Casey et al., DOJ-009921-DOJ-009923 |
| 15 | | | Transcript of Sousa's testimony, ECF No. 1027 |
| 15A | | | Transcript of Sousa's testimony, ECF No. 1458 |
| 15B | | | Transcript of Sousa's testimony, ECF No. 1466 |
| 15C | | | Transcript of Sousa's April 2, 2015, deposition, DOJ-007118-DOJ-007365 |
| 15D | | | Transcript of Sousa's April 14, 2015, deposition, DOJ-007366-DOJ-007453 |
| 15E | | | Transcript of Sousa's September 17, 2015, deposition, DOJ-007454-DOJ-007612 |
| 15F | | | Audio recording of Sousa's December 13, 2014, Monitor interview, DOJ-013793 |
| 15G | | | Transcript of Sousa's December 13, 2014, Monitor interview, DOJ-015955-DOJ-016127 |
| 15H | | | Transcript of Sousa's November 13, 2013, deposition, DOJ-119114-DOJ-119242 |
| 15I | | | Transcript of Sousa's December 13, 2013, deposition, DOJ-119245-DOJ-0119296 |
| 15J | | | Sousa December 13, 2013, deposition correction sheet, DOJ-119243-DOJ-119244 |
| 15K | | | Transcript of Sousa's February 4, 2014, deposition, DOJ-119299-DOJ-119625 |
| 15L | | | Sousa February 4, 2014, deposition correction sheet, DOJ-119297-DOJ-119298 |
| 16 | | | Transcript of Palmer's testimony, ECF No. 1017 |
| 16A | | | Transcript of Palmer's April 7, 2015, deposition, DOJ-004780-DOJ-005005 |
| 16B | | | Transcript of Palmer's April 14, 2015, deposition, DOJ-005006-DOJ-005073 |
| 16C | | | Transcript of Palmer's September 17, 2015, deposition, DOJ-005074-DOJ-005233 |
| 16D | | | Transcript of Palmer's April 3, 2014, deposition, DOJ-119833-DOJ-120000 |
| 17 | | | Transcript of Trowbridge's testimony, ECF No. 1021 |
| 17A | | | Transcript of Trowbridge's March 30, 2015, deposition, DOJ-008491-DOJ-008710 |
| 17B | | | Transcript of Trowbridge's April 14, 2015, deposition, DOJ-008711-DOJ-008762 |
| 18 | | 6-27-17 | HSU 2011 Master Log, DOJ-013143-DOJ-0013154 |
| 19 | | 6-27-17 | HSU 2012 Master Log, DOJ-013155 |
| 20 | | 6-27-17 | HSU 2013 Master Log, DOJ-013156 |
| 21 | | | Transcript of Jakowinicz's testimony, ECF No. 1021 |
| 21A | | | Transcript of Jakowinicz's March 26, 2015, deposition, DOJ-003039-DOJ-003325 |

| | | | |
|---|---|---|---|
| 21B | | | Transcript of Jakowinicz's April 14, 2015, deposition, DOJ-003326-DOJ-003375 |
| 21C | | | Transcript of Jakowinicz's December 13, 2013, deposition, DOJ-118196-DOJ-118272 |
| 21D | | | Transcript of Jakowinicz's February 7, 2014, deposition, DOJ-118273-DOJ-118476 |
| 22 | | | Transcript of Lisa Allen's March 31, 2014, deposition in United States v. Maricopa County and Arpaio, No. 2:12-cv-00981, DOJ-113349-DOJ-1113502 |
| 23 | | | June 3, 2014, email from Casey to Amy Lake, MacIntyre et al., DOJ-011824 |
| 24 | | 6-26-17 | September 25, 2012, email from Casey to MacIntyre, Sands, Lake et al., DOJ-011828-DOJ-011830 |
| 25 | | 6-26-17 | October 12, 2012, email chain and attachments from Casey to Allen et al., DOJ-011832-DOJ-011842 |
| 26 | | 6-26-17 | October 18, 2012, email and attached letter from Casey to Sands, MacIntyre et al., DOJ-011844-DOJ-011849 |
| 27 | | | December 23, 2011, email chain from Casey to James Williams et al., DOJ-012177-DOJ-012180 |
| 28 | | | January 4, 2012, email chain from Casey to MacIntyre, Sands et al., DOJ-012182-DOJ-012187 |
| 29 | | | January 11, 2012, email chain from Casey to Thomas Liddy, Sousa et al., DOJ-012191-DOJ-012192 |
| 30 | | 6-27-17 | April 4, 2014, email chain from Casey to Paul Chagolla, MacIntyre et al., DOJ-0112210-DOJ-012211 |
| 31 | | | April 4, 2014, email chain from Casey to Liddy et al., DOJ-012242-DOJ-012244 |
| 32 | | | October 15, 2012, email chain from Casey to Liddy et al., DOJ-101124-DOJ-101127 |
| 33 | | | January 13, 2015, email chain from Casey to Liddy et al., DOJ-101135 |
| 34 | | 6-26-17 | Casey's redacted billing records, December 2011 through May 2013, DOJ-0012103-DOJ-0012175 |
| 35 | | | Transcript of Casey's testimony, ECF No. 1417 |
| 35A | | | Transcript of Casey's testimony, ECF No. 1422 |
| 35B | | | Transcript of Casey's September 16, 2015, deposition, DOJ-002194-DOJ-002557 |
| 35C | | | Transcript of Casey's September 22, 2015, deposition, DOJ-002558-DOJ-002631 |
| 36A | | 6-28-17 | February 8, 2010, MCSO press release, DOJ-116304-DOJ-116305 |
| 36B | | 6-28-17 | December 30, 2011, MCSO press release, DOJ-009645 |
| 36C | | 6-28-17 | February 9, 2012, MCSO press release, DOJ-116798 |
| 36D | | 6-28-17 | March 28, 2012, MCSO press release, DOJ-116842-DOJ-116843 |
| 36E | | 6-28-17 | September 21, 2012, MCSO press release, DOJ-116698-DOJ-116700 |
| 36F | | 6-28-17 | September 27, 2012, MCSO press release, DOJ-009424-DOJ-009425 |
| 36G | | 6-28-17 | October 9, 2012, MCSO press release, DOJ-116697 |
| 36H | | | October 18, 2012, MCSO press release, DOJ-116579 |
| 36I | | 6-28-17 | January 17, 2013, MCSO press release, DOJ-009840-DOJ-009841 |
| 36J | | 6-26-17 | March 14, 2013, MCSO press release, DOJ-009681-DOJ-009682 |

| | | | |
|---|---|---|---|
| 36K | | 6-26-17 | April 17, 2013, MCSO press release, DOJ-009688- DOJ-009689 |
| 36L | | 6-26-17 | May 18, 2013, MCSO press release, DOJ-009843- DOJ-009844 |
| 36M | | 6-28-17 | February 10, 2010, MCSO press release, DOJ-116373-DOJ-116374 |
| 37A | | 7-5-17 | March 1, 2012, Univision interview (clip 1), DOJ-009881 |
| 37A.1 | | 7-5-17 | Certificate of Authenticity for March 1, 2012, Univision interview (clip 1), DOJ-122681 |
| 37B | | 7-5-17 | March 1, 2012, Univision interview (clip 2), DOJ-009882 |
| 37B.1 | | 7-5-17 | Certificate of Authenticity for March 1, 2012, Univision interview (clip 2), DOJ-122680 |
| 37C | | 7-5-17 | May 2012 Fox News Special Report, DOJ-013012 |
| 37C.1 | | 7-5-17 | Certificate of Authenticity for May 2012 Fox News Special Report, DOJ-122667 |
| 37D | | 7-5-17 | April 4, 2012, Fox News interview, DOJ-013015 |
| 37D.1 | | 7-5-17 | Certificate of Authenticity for April 4, 2012, Fox News interview, DOJ-122569 |
| 37E | | 7-5-17 | April 5, 2012, CBS News interview, DOJ-013014 |
| 37E.1 | | 7-5-17 | Certificate of Authenticity for April 5, 2012, CBS News interview, DOJ-120342 |
| 37F | | 7-5-17 | April 13, 2012, Conservative TV Online interview (clip 1), DOJ-009879 |
| 37F.1 | | 7-5-17 | Certificate of Authenticity for April 13, 2012, Conservative TV Online interview (clip 1), DOJ-122670 |
| 37G | | 7-5-17 | April 13, 2012, Conservative TV Online interview (clip 2) DOJ-009880 |
| 37G.1 | | 7-5-17 | Certificate of Authenticity for April 13, 2012, Conservative TV Online interview (clip 2), DOJ-122670 |
| 37H | | 7-5-17 | April 24, 2012, PBS Newshour interview (clip 1), DOJ-117308 |
| 37H.1 | | 7-5-17 | Certificate of Authenticity for April 24, 2012, PBS Newshour interview (clip 1), DOJ-122567 |
| 37I | | 7-5-17 | April 24, 2012, PBS Newshour interview (clip 2), DOJ-117309 |
| 37I.1 | | 7-5-17 | Certificate of Authenticity for April 24, 2012, PBS Newshour interview (clip 2), DOJ-117307 |
| 37J | | 7-5-17 | June 25, 2012, CNN interview, DOJ-009877 |
| 37K | | 7-5-17 | June 25, 2012, Fox Cavuto interview, DOJ-009878 |
| 37K.1 | | 7-5-17 | Certificate of Authenticity for June 25, 2012, Fox Cavuto interview, DOJ-122573 |
| 37L | | 7-5-17 | June 25, 2012, KNVX video, DOJ-113658 |
| 37L.1 | | 7-5-17 | Certificate of Authenticity for June 25, 2012, KNVX video, DOJ-113657 |
| 37M | | 7-5-17 | June 25, 2012, Univision interview (clip 1), DOJ-009874 |
| 37M.1 | | 7-5-17 | Certificate of Authenticity for June 25, 2012, Univision interview (clip 1), DOJ-122902 |
| 37N | | 7-5-17 | June 25, 2012, Univision interview (clip 2), DOJ-009875 |
| 37N.1 | | 7-5-17 | Certificate of Authenticity for June 25, 2012, Univision interview (clip 2), DOJ-122683 |
| 37O | | 7-5-17 | June 26, 2012, Fox News interview, DOJ-0098973 |
| 37O.1 | | 7-5-17 | Certificate of Authenticity for June 26, 2012, Fox News interview, DOJ-122575 |
| 36N | | 6-29-17 | april 18, 2013 MCSO press release Bates No. DOJ 121551 |

| | | | |
|---|---|---|---|
| 37P | | 7-5-17 | August 31, 2012, Fox Latino interview (clip 1), DOJ-009870 |
| 37P.1 | | 7-5-17 | Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 1), DOJ-122577 |
| 37Q | | 7-5-17 | August 31, 2012, Fox Latino interview (clip 2), DOJ-009871 |
| 37Q.1 | | 7-5-17 | Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 2), DOJ-122577 |
| 37R | | 7-5-17 | August 31, 2012, Fox Latino interview (clip 3), DOJ-009872 |
| 37R.1 | | 7-5-17 | Certificate of Authenticity for August 31, 2012, Fox Latino interview (clip 3), DOJ-122577 |
| 37S | | 7-5-17 | September 27, 2012, Fox News interview, DOJ-00113654 |
| 37S.1 | | 7-5-17 | Certificate of Authenticity for September 27, 2012, Fox News interview, DOJ-122579 |
| 37T | | 7-5-17 | January 29, 2013, Fox Business interview, DOJ-00113655 |
| 37T.1 | | 7-5-17 | Certificate of Authenticity for January 29, 2013, Fox Business interview, DOJ-122581 |
| 38 | | | Joe Show documentary footage, DOJ-113660 |
| 38A | | | Certificate of Authenticity for Joe Show documentary footage, DOJ-113659 |
| 39 | | | Transcript of Sheridan's testimony, ECF No. 1030 |
| 39A | | | Transcript of Sheridan's testimony, ECF No. 1389 |
| 39B | | | Transcript of Sheridan's testimony, ECF No. 1410 |
| 39C | | | Transcript of Sheridan's testimony, ECF No. 1417 |
| 39D | | | Transcript of Sheridan's March 20, 2015, deposition, DOJ-006159-DOJ-006410 |
| 39E | | | Transcript of Sheridan's March 27, 2015 deposition, DOJ-006411-DOJ-006507 |
| 39F | | | Transcript of Sheridan's April 14, 2015, deposition, DOJ-006508-DOJ-006572 |
| 39G | | | Transcript of Sheridan's September 15, 2015, deposition, DOJ-006573-DOJ-006904 |
| 39H | | | Transcript of Sheridan's September 22, 2015, deposition, DOJ-006905-DOJ-006973 |
| 39I | | | Transcript of Sheridan's March 27, 2014, deposition, DOJ-120001-DOJ-120270 |
| 40 | | | October 8, 2012, Incident Report, DOJ-009664-009673 |
| 41 | | | April 17, 2013, Incident Report, DOJ-122404-DOJ-122409 |
| 41A | | | Related MCSO reports, DOJ-122471-DOJ-122479 |
| 42 | | | MCSO LEAR Protocol, DOJ-013158-013159 |
| 43 | | | April 18, 2013, MCSO Press Release, DOJ-121551 |
| 44 | | 6-29-17 | October 11, 2012 email chain from Casey to Jakowinicz et al., DOJ-113646-DOJ-113649 |
| 45 | | 6-29-17 | Audio recording of September 13, 2012, Ninth Circuit oral argument in Melendres v. Arpaio, No. 12-15098 (9th Cir. 2012), DOJ-122814 |
| 46 | | 6-26-17 | May 28, 2013, Briefing Board Message, DOJ-000713 |