1  Jean-Jacques Cabou (Bar No. 022835)
   Shane R. Swindle (Bar No. 011738)
2  Katherine E. May (Bar No. 032335)
   **PERKINS COIE LLP**
3  2901 North Central Avenue, Suite 2000
   Phoenix, Arizona 85012-2788
4  Telephone:  602.351.8000
   Email: JCabou@perkinscoie.com
5          SSwindle@perkinscoie.com
           KMay@perkinscoie.com
6          DocketPHX@perkinscoie.com

7  Ian Bassin*
   Justin Florence*
8  **THE PROTECT DEMOCRACY PROJECT, INC.**
   2020 Pennsylvania Avenue NW, #163
9  Washington, DC 20006
   Telephone: 202.831.2837
10 Email: Ian.Bassin@protectdemocracy.org
           Justin.Florence@protectdemoncracy.org
11
   Noah Messing*
12 **MESSING & SPECTOR LLP**
   333 E. 43rd Street, Suite 1
13 New York, New York 10017
   Telephone:  212.960.3720
14 Email: nm@messingspector.com

15 Phil Spector*
   **MESSING & SPECTOR LLP**
16 1200 Steuart Street, # 2112
   Baltimore, Maryland  21230
17 Telephone:  202.277.8173
   Email: ps@messingspector.com
18
   *Attorneys for The Protect Democracy Project, Inc.*
19
   (Additional counsel listed on following page)

20

21                         UNITED STATES DISTRICT COURT

22                              DISTRICT OF ARIZONA

23 | United States of America, | No. CR-16-01012-001-PHX-SRB |
|---|---|
|              Plaintiff, | |
|       v. | **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF OF** *AMICI CURIAE* **IN SUPPORT OF APPOINTMENT OF A PRIVATE ATTORNEY TO PROSECUTE DEFENDANT'S CRIMINAL CONTEMPT** |
| Joseph M. Arpaio, | |
|              Defendant. | |

Locke E. Bowman* (IL Bar No. 6184129)
David M. Shapiro* (IL Bar No. 6287364)
RODERICK AND SOLANGE
MACARTHUR JUSTICE CENTER
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, Illinois 60611
Telephone: 312.503.0711
locke.bowman@law.northwestern.edu
david.shapiro@law.northwestern.edu

*Attorneys for Roderick and Solange MacArthur Justice Center*

Michael L. Piccarreta (AZ Bar No. 003962)
Jefferson Keenan (AZ Bar No. 013896)
**PICCARRETA DAVIS KEENAN FIDEL PC**
145 South Sixth Avenue
Tucson, AZ  85701-2007
Telephone: 520.622.6900
Fax: 520.622.0521
mlp@pd-law.com
jkeenan@pd-law.com

Ronald Fein* (MA Bar No. 657930)
**FREE SPEECH FOR PEOPLE**
1340 Centre St. #209
Newton, MA 02459
Telephone: 617.244.0234
rfein@freespeechforpeople.org

Dennis Aftergut* (CA Bar No. 75656)
**COALITION TO PRESERVE, PROTECT, AND DEFEND**
350 Sansome Street, Suite 00
San Francisco, CA 94104
dal.cppd@gmail.com

*Attorneys for Martin Redish, Free Speech for People, and Coalition to Preserve, Protect and Defend*

1    Consideration of the constitutionality of President Trump's pardon of Defendant Arpaio (the "Pardon") deserves the benefit of an adversarial proceeding. Faced with the Pardon, the Government is no longer Defendant's adversary; it is now an advocate for the Pardon and seeks dismissal of this case. [*See* Doc. 225 at 1 (supporting recognition of pardon and dismissal)] *Amici* therefore respectfully request to file a single supplemental *amicus curiae* brief in support of the Court's authority to appoint a private attorney to complete the prosecution of this criminal contempt case and assure a full and adversarial vetting of the President's pardon.

A form of order granting *amici* leave to file this supplemental brief has been filed with the Court contemporaneously with this Motion, and *amici*'s supplemental brief has been lodged with the Clerk.

The following *amici* join in this Motion and the supplemental brief: The Protect Democracy Project, Roderick and Solange MacArthur Justice Center, Martin Redish, Free Speech for People, and Coalition to Preserve, Protect and Defend. *Amici*'s identities and interests in this matter are set forth in their respective *amicus* briefs lodged with the Court on September 11, 2017, and are therefore not repeated here.

| | |
|---|---|
| Dated: September 11, 2017 | **PERKINS COIE LLP** |

By: */s/ Jean-Jacques Cabou*
    Jean-Jacques Cabou
    Shane R. Swindle
    Katherine E. May
    2901 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

    Ian Bassin*
    Justin Florence*
    2020 Pennsylvania Avenue NW #163
    Washington, DC 20006

    Noah Messing*
    MESSING & SPECTOR LLP
    333 E. 43rd Street, Suite 1
    New York, New York 10017

    Phil Spector*
    MESSING & SPECTOR LLP
    1200 Steuart Street # 2112
    Baltimore, Maryland  21230

*Attorneys for The Protect Democracy Project, Inc.*

**RODERICK AND SOLANGE MACARTHUR JUSTICE CENTER**

By: */s/ Locke E. Bowman (with permission)*
    Locke E. Bowman* (IL Bar No. 6184129)
    David M. Shapiro* (IL Bar No. 6287364)
    Northwestern Pritzker School of Law
    375 East Chicago Avenue
    Chicago, Illinois 60611
    Telephone: 312.503.0711
    locke.bowman@law.northwestern.edu
    david.shapiro@law.northwestern.edu

*Attorneys for Roderick and Solange MacArthur Justice Center*

**PICCARRETA DAVIS KEENAN FIDEL PC**

By: */s/ Michael L. Piccarreta (with permission)*
    Michael L. Piccarreta (AZ Bar No. 003962)
    Jefferson Keenan (AZ Bar No. 013896)
    145 South Sixth Avenue
    Tucson, AZ  85701-2007
    Telephone: 520.622.6900
    Fax: 520.622.0521
    mlp@pd-law.com
    jkeenan@pd-law.com

**FREE SPEECH FOR PEOPLE**

By: */s/ Ronald Fein (with permission)*
    Ronald Fein* (MA Bar No. 657930)
    1340 Centre St. #209
    Newton, MA 02459
    Telephone: 617.244.0234
    rfein@freespeechforpeople.org

**COALITION TO PRESERVE, PROTECT, AND DEFEND**

By: */s/ Dennis Aftergut (with permission)*
    Dennis Aftergut* (CA Bar No. 75656)
    350 Sansome Street, Suite 00
    San Francisco, CA 94104
    dal.cppd@gmail.com

*Attorneys for Martin Redish, Free Speech for People, and Coalition to Preserve, Protect and Defend*

*Application for Admission *Pro Hac Vice* Forthcoming

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on September 11, 2017, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

/s/ Marie van Olffen