WILENCHIK & BARTNESS
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
The Wilenchik & Bartness Building
2810 North Third Street Phoenix, Arizona 85004
Telephone: 602-606-2810 Facsimile: 602-606-2811
Dennis I. Wilenchik, #005350
John D. Wilenchik, #029353
admin@wb-law.com

GOLDMAN & ZWILLINGER
PLLC
ATTORNEYS AT LAW
Mark Goldman, #012156
Vincent R. Mayr, #013954
Jeff S. Surdakowski, #030988
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
Main: (480) 626-8483
Facsimile: (480) 502-7500
docket@gzlawoffice.com
*Attorneys for Defendant Joseph M. Arpaio*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Joseph M. Arpaio,**<br><br>**Defendant.** | **Case No.: 2:16-cr-01012-SRB-1**<br><br>**DEFENDANT'S NOTICE OF APPEAL**<br><br>**(Assigned to the Honorable Susan R. Bolton)** |

Notice is hereby given that Joseph M. Arpaio, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order entered in this action on this 19th day of October, 2017 (Doc. 251).

**RESPECTFULLY SUBMITTED** October 19, 2017.

**WILENCHIK & BARTNESS, P.C.**

*/s/ Dennis and Jack Wilenchik*
Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

**GOLDMAN & ZWILLINGER PLLC**

*/s/ Mark D. Goldman*
Mark D. Goldman, Esq.
Vincent R. Mayr, Esq.
Jeff S. Surdakowski, Esq.
17851 North 85th Street, Suite 175
Scottsdale, AZ 85255
docket@gzlawoffice.com

*Attorneys for Defendant Joseph M. Arpaio*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2017, I electronically transmitted the foregoing Notice to the Clerk of the Court through the CM/ECF system, which will send a Notice of Electronic Filing to all CM/ECF registrants for this matter.

*/s/ Jack Wilenchik, Esq.*